UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| FRANCISCO TORRES-GARCIA, : | CRIMINAL NO. |
| a/k/a "Pancho" : | |
| a/k/a "Paco" : | (UNDER SEAL) |
| : | |
| Defendant. : | |
| : | |

GOVERNMENT'S MOTION TO SEAL INDICTMENT
AND ARREST WARRANT

ORDER

Upon motion of the United States to seal the Indictment in the above-captioned matter, the arrest warrant for the above named defendant, the government's sealing motion and this order, and for good cause shown, it this ___ day of July, 2005

**ORDERED** that the Indictment in the above-captioned matter, the arrest warrant for the above named defendant, the government's sealing motion and this sealing order are hereby sealed for the purposes requested by the United States until further order of the Court; and it is further,

**ORDERED** that the Clerk may issue the United States copies of the Indictment and arrest warrant, and that United States may inform the appropriate foreign authorities and provide to them copies of the same in order to effect the arrest and extradition of the defendant.

_____
Deborah A. Robinson
United States Magistrate Judge