UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| FRANCISCO TORRES-GARCIA, | : | |
| a/k/a "Pancho" | : | VIOLATIONS: |
| a/k/a "Paco" | : | |
| | : | 21 U.S.C. §§ 963, 952, 959, 960 |
| Defendant. | : | (Conspiracy to (1) Distribute Five |
| | : | Kilograms or More of Cocaine and 500 |
| | : | Grams or More of Methamphetamine |
| | : | Intending and Knowing that the Cocaine |
| | : | and Methamphetamine Will Be |
| | : | Unlawfully Imported into the United |
| | : | States, and (2) Import into the United |
| | : | States Five Kilograms or More of Cocaine |
| | : | and 500 Grams or More of |
| | : | Methamphetamine) |
| | : | |
| | : | 18 U.S.C. § 1956 |
| | : | (Conspiracy to Launder Monetary |
| | : | Instruments) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | 18 U.S.C. § 982 |
| | : | (Notice of Forfeiture) |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

From on or about sometime in 1996, the exact date being unknown to the Grand Jury, and

continuing thereafter up to and including the date of the filing of this Indictment, in Mexico, Panama, the United States and elsewhere, the defendant, **FRANCISCO TORRES-GARCIA,** a/k/a "Pancho," a/k/a "Paco" did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, including with co-conspirators not indicted herein, to: (1) knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States; and (2) knowingly and intentionally import into the United States from a place outside thereof five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952, 959 and 960.

All in violation of Title 21, United States Code, Sections 963, 960 (a)(1), 960 (a)(3), 960 (b)(1)(B)(ii), 960 (b)(1)(H) and Title 18, United States Code, Section 2.

## COUNT TWO

From on or about October 27, 2004 and continuing thereafter up to and including the date of the filing of this Indictment, in Mexico, Panama, the Republic of Colombia, the United States and elsewhere, the defendant, **FRANCISCO TORRES-GARCIA,** a/k/a "Pancho," a/k/a "Paco" did knowingly and intentionally combine, conspire, confederate and agree with others known and

unknown to the Grand Jury, including with co-conspirators not indicted herein, to do the following:

(1) transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, (a) with the intent to promote the carrying on of specified unlawful activity, and (b) knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transformation, transmission and transfer is designed in whole or in part to (i) conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and (ii) to avoid a transaction reporting requirement under State or Federal law; and,

(2) with the intent to: (a) promote the carrying on of specified unlawful activity; (b) conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity; and (c) avoid a transaction reporting requirement, conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity and property used to conduct or facilitate unlawful activity;
in violation of Title 18, United States Code, Section 1956 (a)(2) and 1956 (a)(3).

All in violation of Title 18, United States Code, Sections 1956 (h), 1956 (a)(2) and 1956 (a)(3),  and Title 18, United States Code, Section 2.

### NOTICE OF FORFEITURE
**(Pertaining to Count 1)**

1. The allegation of Count 1 of this indictment is realleged and incorporated by

reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offenses alleged in Count 1, the defendant, **FRANCISCO TORRES-GARCIA** a/k/a "Pancho," a/k/a "Paco" shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count 1 of this indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third person;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE
**(Pertaining to Count 2)**

1.      The allegation of Count 2 of this indictment is realleged and incorporated by

reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

2. As a result of the offenses alleged in Count 2, the defendant, **FRANCISCO TORRES-GARCIA** a/k/a "Pancho," a/k/a "Paco" shall forfeit to the United States pursuant to Title 18, United States Code, Section 982:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Sections 1956(h) and 1956(a) for which the defendant is convicted, and all property traceable to such property, including the following: 1) all money or other property that was the subject of each transaction in violation of Sections 1956; 2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 3) all property used in any manner or part to commit or to facilitate the commission of those violations.

b. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 18, United States Code, Section 982(a)(1) and Rule 32.2(a), Federal Rules of Criminal Procedure.

                                                A TRUE BILL:

                                                _____
                                                FOREPERSON

_____
Michael Walther, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530


By:   _____
       Matthew Stiglitz, Trial Attorney
       Narcotic and Dangerous Drug Section
       Criminal Division
       U.S. Department of Justice
       Washington, D.C. 20530
       (202) 305-3646