# SEALED WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCISCO TORRES-GARCIA<br><br>DOB:            PDID: | DOCKET NO: 05-267        MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Francisco Torres-Garcia<br><br>FILED<br>AUG 0 9 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to (1) Distribute Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine, Intending and Knowing that the Cocaine and Methamphetamine will be Unlawfully Imported Into the United States, and (2) Import into the United States Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine;

Conspiracy to Launder Monetary Instruments);

Aiding and Abetting

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:963, 952, 959, 960 (b)(1)(B)(ii) and 960 (b)(1)(H); 18:1956(h); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE ROBINSON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE DEBORAH ROBINSON | DATE ISSUED:<br>July 21, 2005 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK | DATE:<br>9/21/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **RETURN** ||
| This warrant was received and executed with the arrest of the above-named person. ||

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-9-05 | | |