UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-267(RMC) |
| ) | |
| FRANCISCO TORRES-GARCIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE PRE-TRIAL MOTIONS FILING DEADLINE

NOW COMES the Petitioner, Francisco Torres-Garcia, through one of his lawyers, Ralph Meczyk, and respectfully requests that this Honorable Court continue the filing deadline for pre-trial motions. In support of his motion, Mr. Torres-Garcia states the following:

1. This Honorable Court set a filing schedule for pre-trial motions, with motions to be filed by December 2, 2005.
2. Mr. Torres-Garcia intends to file pre-trial motions alleging violations of his Constitutional rights and International Treaties.
3. Mr. Meczyk, Petitioner's attorney, however, needs more time to properly prepare and file the pre-trial motions.
4. Mr. Meczyk is currently on trial in Chicago, IL that is anticipated to end by December 2, 2005.
5. Prior to that, Mr. Meczyk has been on trial in the matters of People v. Zapata and People v. Mikhaiel.
6. Mr. Meczyk also prepared and then argued before the Illinois Supreme Court on November 15, 2005, in the matter of People v. Caballes.
7. In addition, Mr. Meczyk has been preparing for a jury trial with multiple defendants in the matter of USA v. Diaz, et.al, in the Northern District of Illinois.

8. Mr. Meczyk needs additional time to prepare Petitioner's meritorious pre-trial motions.

9. Moreover, the government does not object to this request.

10. This request is not made to delay the matter, but to see that justice is done and to assure continuity of counsel.

WHEREFORE, the Petitioner respectfully requests that this Honorable Court continue the filing date in this matter for 60 days or any other day this Honorable Court see fit.

Respectfully submitted,

/s/ Ralph Meczyk_____
Ralph Meczyk
Attorney for Mr. Torres-Garcia
111 W. Washington, Suite 1025
Chicago, IL 60602
(312)332-2853

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2005, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filling to the following:

Matthew Stiglitz
Assistant United States Attorney

/s/ Ralph E. Meczyk
Ralph Meczyk
One of the attorneys for Mr. Torres-Garcia
111 W. Washington St, Suite 1025
Chicago, IL 60602
(312)332-2853