UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 05-267 (RMC) |
| FRANCISCO TORRES-GARCIA | : |

### AFFIDAVIT OF DEA SPECIAL AGENT MARTIN GRIFFIN

1. I am Martin Griffin, and have been employed as a Special Agent with the U.S. Drug Enforcement Administration (DEA) since February, 1999. I am currently assigned to the Bilateral Case Group, located in Chantilly, Virginia, where I investigate cases that involve international drug trafficking.

2. In January, 2005, I was assigned the investigation involving Francisco Torres-Garcia, and remain the "case agent" to date.

3. On July 21, 2005, a Grand Jury sitting in Washington, DC returned an indictment, and an arrest warrant was subsequently issued for Torres-Garcia. Upon receipt of this warrant, I prepared and submitted an application to have the warrant entered into the INTERPOL database in order to alert the international community that the defendant was wanted.

4. I was aware that DEA Special Agent A.J. Collazo, acting in an undercover capacity and posing as a high level member of a Colombian-based drug trafficking organization, had met with Torres-Garcia on two previous occasions to discuss drug and money laundering activities, and had been discussing plans for another meeting with Torres-Garcia. This third meeting was scheduled to occur in Panama City, Panama on August 8, 2005. With this in mind, it was decided that this meeting in Panama would be a good opportunity to have him arrested.

5. With the assistance of DEA agents stationed in Panama, contact was made with

Panamanian authorities, who were advised that Torres-Garcia was planning to travel to Panama City on or about August 8, 2005, that he was wanted in the United States, and that his arrest warrant had been entered into the INTERPOL database. Subsequently, copies of the indictment, arrest warrant, photograph and basic biographical information were transmitted to Panamanian authorities, who agreed to assist the DEA.

6. On August 7, 2005, I was located in Panama City, Panama when I learned that Torres-Garcia was arriving at Panama City's Tocumen Airport that afternoon on a plane from Mexico City, Mexico.

7. I was at the airport when Torres-Garcia's plane arrived. Once the plane pulled up to the gate, I went to the tarmac, where we had a car waiting. Two Panamanian officials were present when Torres-Garcia walked off the plane, and they confirmed his identity through his Mexican passport. These officials escorted Torres-Garcia from the gate down the external stairs to our car. Once there, they advised Torres-Garcia that he was wanted in the United States, and that they were turning him over to our custody. At that time he was placed in our car and driven to another part of the airfield, where a DEA plane was located.

8. After an overnight stop in Guantanamo Bay, Cuba to sleep and a brief stop in Ft. Lauderdale, Florida to refuel, our plane arrived at Dulles airport in Virginia. Upon arrival there, Torres-Garcia was promptly turned over to the custody of the U.S. Marshal for subsequent arraignment in court.

9. At no time during his transportation was Torres-Garcia abused or maltreated, and no weapons were brandished. Throughout his flights he remained un-cuffed.

I solemnly swear under the penalty of perjury that the facts stated in this affidavit are true and correct to the best of my knowledge and belief.

_____
Special Agent Martin Griffin

1/6/06
Date