UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 05-267 (RMC) |
| | : | |
| **FRANCISCO TORRES-GARCIA** | : | |

### ORDER

Defendant has moved to dismiss the indictment against him and asks the court to order his repatriation to Mexico. The court has considered the motion and response of counsel, as well as the attached exhibits. For the following reasons, the defendant's motion is **DENIED.**

The court finds that the defendant flew to Panama and was met at the airport by Panamanian authorities, who were aware that he was a fugitive wanted in the United States. These authorities refused the defendant entry into Panama, and handed him over to agents with the United States Drug Enforcement Administration (DEA), who were waiting for defendant at the airport with an arrest warrant. The defendant was then flown to the United States. The court finds that the defendant was not abducted, that the actions of the DEA agents were appropriate and reasonable, and that there was nothing improper about the manner in which the DEA obtained custody of the defendant.

Even assuming that defendant was forcibly abducted to the United States, the court finds that such abduction would not violate the Extradition Treaty between the United States and Panama. While the defendant is correct that his departure from Panama was accomplished without resort to the Extradition Treaty, the Treaty does not forbid such abductions.

Lastly, the actions of the DEA agents do not shock the court's conscience. Panamanian authorities, who ordered the defendant out of their country, have not objected to the defendant's return to the United States or the manner of his return to the United States, the defendant has not alleged that he was mistreated in any way after he came into the custody of the DEA agents, and the court finds that he was not mistreated by the agents.

Accordingly, for the reasons noted above, the defendant's motion is **DENIED**. This court does not lack jurisdiction to try defendant, and defendant may be tried in federal District Court for violations of the criminal law of the United States.

**SO ORDERED.**

**ENTER**:

_____
**Rosemary M. Collyer**
**Judge, U.S. District Court**