UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|        vs. | ) No.  05-267(RMC) |
| | ) |
| FRANCISCO TORRES-GARCIA, | ) |
| | ) |
|   Defendant. | ) |

## REPLY TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS INDICTMENT

NOW COMES the Petitioner, Francisco Torres-Garcia, through one of his attorneys, Ralph E. Meczyk, and replies to the Government's Memorandum in Opposition to Mr. Torres-Garcia's Motion to Dismiss the Indictment and states the following:

In its Memorandum in Opposition to Mr. Torres-Garcia's Motion to Dismiss the Indictment, the Government presumptuously and cavalierly brushes off Mr. Torres-Garcia's constitutional challenges.

Its insertion of an affidavit by a federal agent does nothing to support its argument and is meaningless without the opportunity to cross-examine the veracity of his statement at an evidentiary hearing, after full disclosure of all of the evidence relating to the Government's assertions under FED. R. CRIM. PRO. 16.

However, even if after a hearing this Honorable Court were to find that the DEA did not abduct Mr. Torres-Garcia in Panama, it is undeniable that they were instrumental in securing his presence outside of Mexico, in circumvention of the United States extradition treaty with the United Mexican States, and in direction violation of the United States and the Republic of Panama's extradition treaty ("treaty").

In this case, based on the Government's own assertions, it had every opportunity to extradite Mr. Torres-Garcia and have him detained by the Panamanian government before all of the "formal proofs" were available.  This is specifically what the treaty demands.

1

WHEREFORE, based on the foregoing and Mr. Torres-Garcia's Motion to Dismiss the Indictment, Mr. Torres-Garcia respectfully requests this Honorable Court dismiss the indictment against him and order his repatriation to Mexico after a evidentiary hearing and oral argument on the matter.

                                                            Respectfully submitted,

                                                             /s/ Ralph E. Meczyk
                                                            Ralph E. Meczyk
                                                            One of Mr. Torres-Garcia's attorneys

Ralph E. Meczyk & Associates
111 West Washington Street, Suite 1025
Chicago, Illinois 60602
(312) 332-2853

## CERTIFICATE OF SERVICE

I certify that on January 13, 2006, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

Matthew Robert Stiglitz
Assistant United States Attorney

/s/ Darryl A. Goldberg
Darryl A. Goldberg
One of Mr. Torres-Garcia's attorneys
111 W. Washington St, Suite 1025
Chicago, IL 60602
(312)332-2853

2