UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 05-CR-267 |
| v.    : | (RMC) |
| : | |
| FRANCISCO TORRES-GARCIA : | |

**NOTICE OF APPEARANCE**

    Please enter undersigned counsel's appearance in the above-captioned case as retained counsel.

Respectfully submitted,

_____
BERNARD S. GRIMM
503 D Street, N.W., Suite 250
Washington, D.C. 20001
(202) 371-0300