UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|         vs. | ) No.  05-267(RMC) |
| | ) |
| FRANCISCO TORRES-GARCIA, | ) |
| | ) |
|   Defendant. | ) |

## MOTION TO WITHDRAW

     NOW COMES Francisco Torres-Garcia, through Ralph E. Meczyk, and respectfully requests that this Honorable Court grant Mr. Meczyk leave to withdraw as counsel for Mr. Torres-Garcia and states the following:

    1.    Mr. Meczyk was contacted by Bernard S. Grimm, who advised him that he has been retained as counsel for Mr. Torres-Garcia and has filed his appearance and will be substituting as Mr. Torres-Garcia's counsel.

    2.    Mr. Meczyk has forwarded DVD-format discovery to Mr. Grimms.

WHEREFORE, Mr. Ralph E. Meczyk respectfully requests this Honorable Court grant him leave to withdraw as counsel for Mr. Torres-Garcia.

                           Respectfully submitted,

                           __/s/ Ralph E. Meczyk_____
                            Ralph E. Meczyk

Ralph E. Meczyk & Associates
111 West Washington Street, Suite 1025
Chicago, Illinois 60602
(312) 332-2853

## CERTIFICATE OF SERVICE

  I certify that on February 2, 2006, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

| | |
|---|---|
| Matthew Robert Stiglitz | Bernard S. Grimm |
| Assistant United States Attorney | Mr. Torres-Garcia's Attorney |

/s/ Darryl A. Goldberg_____
Darryl A. Goldberg
111 W. Washington St, Suite 1025
Chicago, IL 60602
(312)332-2853