**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 05-CR-267 |
| v. : | (RMC) |
| : | |
| FRANCISCO TORRES-GARCIA : | |

**MOTION TO CONTINUE MOTIONS HEARING**

Mr. Torres-Garcia, through undersigned counsel, respectfully moves this Court to continue the Motions Hearing, which is set for February 10, 2006 in the above-captioned case.

As grounds for this motion, undersigned counsel would state the following:

1. Undersigned counsel was recently retained in the above-captioned case.

2. On Wednesday, February 1, 2006, undersigned counsel received discovery from the government counsel, after attempts to obtain discovery from prior counsel failed.

3. Undersigned counsel is asking the Court to continue this matter to give undersigned counsel time to review Mr. Torres-Garcia file to determine if the matter can be resolved.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, undersigned counsel respectfully request that this Motion be GRANTED.

Respectfully submitted,

_____
BERNARD S. GRIMM
503 D Street, N.W., Suite 250
Washington, D.C. 20001
(202) 371-0300