UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 05-CR-267 |
| v. : | (RMC) |
| : | |
| FRANCISCO TORRES-GARCIA : | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Continue Motions Hearing; it is hereby

ORDERED this _____ day of February 2006 that defendant's motion is GRANTED; it is further

ORDERED that the new Motions Hearing date is now schedule for this _____ day of _____ 2006 at _____ a.m. / p.m.

_____
THE HONORABLE ROSEMARY M. COLLYER
JUDGE, U.S. DISTRICT COURT

Cc:   Bernard S. Grimm, Esq.

Matthew Stiglitz, Esq.
Assistant United States Attorney