UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|         vs. | ) No. 05-267(RMC) |
| | ) |
| FRANCISCO TORRES-GARCIA, | ) |
| | ) |
|   Defendant. | ) |

**<u>AMENDED MOTION TO WITHDRAW</u>**

     NOW COMES Francisco Torres-Garcia, through Ralph E. Meczyk, and respectfully requests that this Honorable Court grant Mr. Meczyk leave to withdraw as counsel for Mr. Torres-Garcia and states the following:

1. Mr. Meczyk has previously filed a motion to withdraw as counsel for Mr. Torres-Garcia on February 2, 2006.

2. However, to comply with Local Court Rule, LCrR 44.5 (d) of the United State District Court for the District of Columbia, I am re-filing my motion to withdraw and sending notice of my motion to Mr. Torres-Garcia at the DC Jail.

3. Mr. Meczyk was contacted by Bernard S. Grimm, who advised him that he has been retained as counsel for Mr. Torres-Garcia and has filed his appearance and will be substituting as Mr. Torres-Garcia's counsel.

4. Mr. Meczyk has forwarded DVD-format discovery to Mr. Grimms.

WHEREFORE, Mr. Ralph E. Meczyk respectfully requests this Honorable Court grant him leave to withdraw as counsel for Mr. Torres-Garcia.

                                                                         Respectfully submitted,

                                                                  __/s/ Ralph E. Meczyk_____
                                                                     Ralph E. Meczyk

Ralph E. Meczyk & Associates
111 West Washington Street, Suite 1025
Chicago, Illinois 60602
(312) 332-2853

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2006, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

| | |
|---|---|
| Matthew Robert Stiglitz | Bernard S. Grimm |
| Assistant United States Attorney | Mr. Torres-Garcia's Attorney |

Moreover, I certify that on February 8, 2006, the foregoing was mailed with proper postage paid to:

Mr. Francisco Torres-Garcia
Inmate # 306194
DC JAIL
1901 D Street, S.E.
Washington, DC  20003


/s/ Darryl A. Goldberg
Darryl A. Goldberg
111 W. Washington St, Suite 1025
Chicago, IL 60602
(312)332-2853