UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  05-267 (RMC) |
| v. | |
| | |
| FRANCISCO TORRES-GARCIA | |

**NOTICE OF DEFENDANT'S WITHDRAWAL OF
PREVIOUSLY FILED MOTION TO DISMISS INDICTMENT**

**COMES NOW DEFENDANT, Francisco Torres-Garcia,** through undersigned counsel, and provides this notice of his withdrawal of his previously filed motion to dismiss the indictment.  On December 19, 2005, previous counsel for defendant filed a "Motion to Dismiss Indictment," ECF Document #9.  At this time, in light of new motions soon to be filed, defendant respectfully withdraws his previous motion.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By:  _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 Fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 16th day of November 2006.

_____/s/_____
**Manuel J. Retureta, Esq.**