UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES-GARCIA | |

**ORDER**

Upon consideration of the defendant's notice withdrawing his previous motion to dismiss the indictment (ECF Doc. #9), the Court hereby acknowledges defendant's notice. Accordingly, ECF Doc. #9, a motion to dismiss the indictment, is withdrawn from consideration before the Court.

So ordered this _____ day of _____ 2006.

_____
**Rosemary M. Collyer**
**United States District Judge**

**Copies To:**

All parties via ECF.