# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

**FILED**

**UNDER SEAL**

AUG – 4 2005

**05CR0695**

JAVIER MENDEZ-GARCIA,
FRANCISCO TORRES-GARCIA,
LUIS MIGUEL ALBORNOZ-HENAO,
LUIS ALFREDO ALBORNOZ-BURBANO, and
CARLOS BUCIO

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**
**MAGISTRATE JUDGE ASHMAN**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about _March 27, 2005_ until on or about _July 11, 2005_ in _Chicago, Cook_ county, in the _Northern_ District of _Illinois_ , and elsewhere, defendants, JAVIER MENDEZ-GARCIA, FRANCISCO TORRES-GARCIA, LUIS MIGUEL ALBORNOZ-HENAO and LUIS ALFREDO ALBORNOZ-BURBANO did, (Track Statutory Language of Offense)

Conspire and agree knowingly and intentionally to transport, transmit, or transfer monetary instruments or funds from a place in the United States to or through a place outside the United States, knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, namely drug trafficking, and knowing that such transportation, transmission or transfer is designed in whole or in part to conceal or disguise the nature of the location, the source, the ownership, or the control of the proceeds of specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i),

all in violation of Title 18, United States Code, Section and 1956(h).

Further, from on or about _May 31, 2005_ until on or about _July 5 2005_ in _Chicago, Cook_ county, in the _Northern_ District of _Illinois_ , and elsewhere, defendants, JAVIER MENDEZ-GARCIA, FRANCISCO TORRES-GARCIA, and CARLOS BUCIO did, (Track Statutory Language of Offense)

Conspire with each other and with others to knowingly and intentionally distribute a controlled substance, specifically, 500 grams or more of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 846.

I further state that I am a _Special Agent with Drug Enforcement Administration_ and that this complaint is based on the following facts:
                                         Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes _____ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

_August , 2005_                                         at          _Chicago, Illinois_
Date                                                                          City and State

_Martin Ashman, United States Magistrate Judge_
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS    )
                    )   SS                      **UNDER SEAL**
COUNTY OF COOK    )

## AFFIDAVIT

Wilfred Taylor, being duly sworn and deposed, states as follows:

1.     I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I have been a Special Agent with the Drug Enforcement Administration, ("DEA"), for approximately 2 years and I am currently assigned to the Chicago, Illinois, Field Division.

2.     My official duties include investigating criminal violations of the federal money laundering and narcotics laws. I have received special training in the enforcement of laws concerning narcotics trafficking as well as the laundering and concealing of proceeds from narcotics trafficking. Some of the specialized training I have received includes, but is not limited to, classroom instruction concerning money laundering investigations, narcotics smuggling, and conspiracy and complex investigations. I have been involved in various types of electronic surveillance, including the interception of wire communications, the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the laundering and concealing of proceeds from narcotics trafficking and the transportation and distribution of narcotics. I am familiar with, and have participated in all of the normal methods of investigation, including but not limited to, visual surveillance, questioning of witnesses, controlled deliveries, the use of search and arrest warrants, and pen registers. I know, based upon the above experience, that money launderers and narcotics traffickers utilize telephones and pagers to facilitate their illegal activities.

3.       My participation in this investigation began in January of 2005, and since then I have reviewed reports of and had conversations with other law enforcement officers and am therefore familiar with this investigation. As this Affidavit is submitted for the limited purpose of establishing probable cause to believe that JAVIER MENDEZ-GARCIA, FRANCISCO TORRES-GARCIA, LUIS MIGUEL ALBORNOZ-HENAO, LUIS ALFREDO ALBORNOZ-BURBANO, and CARLOS BUCIO have committed the crimes charged in the criminal complaint filed in this action, I have not included each and every fact known to me regarding this investigation.

## A.       SUMMARY OF PROBABLE CAUSE

4.       As is more fully described below, MENDEZ-GARCIA, TORRES-GARCIA, ALBORNOZ-HENAO, ALBORNOZ-BURBANO, and BUCIO have been the targets of an ongoing investigation into money laundering and the distribution of controlled substances. On April 5, 2003, an undercover law enforcement officer in Chicago ("CHICAGO U/C") provided MENDEZ-GARCIA $100,000 in United States Currency purported to be proceeds from narcotics distribution. MENDEZ-GARCIA.       MENDEZ-GARCIA, working in concert with TORRES-GARCIA, transported the funds to Mexico. MENDEZ-GARCIA caused the funds to be delivered to TORRES-GARCIA's contacts in Mexico, which were then transported to Colombia and turned over to an undercover law enforcement agent employed by the Colombian Departamento Administratvio De Seguridad ("DAS U/C") in Bogota, Colombia, posing as the CHICAGO U/C's associate. ALBORNOZ-HENAO, working in Mexico, arranged to transfer the funds to Bogota, Colombia where they was delivered to his father, ALBORNOZ-BURBANO. On April 20, 2005, ALBORNOZ-BURBANO delivered $85,800 to the DAS U/C.   This amount reflected the $100,000 that the CHICAGO U/C originally provided to MENDEZ-GARCIA, minus a 14.2% commission charged

2

for laundering the funds. This procedure was repeated when the CHICAGO U/C provided MENDEZ-GARCIA $100,000 on May 27, 2005, and $200,000 on June 14, 2005. Following each of these deliveries, MENDEZ-GARCIA was observed visiting currency exchanges in Chicago, where he purchased money orders that he then, acting at the direction of TORRES-GARCIA, smuggled to Mexico. On each occasion, ALBORNOZ-HENAO caused the purported narcotics proceeds to be transferred ALBORNOZ-BURBANO in Colombia where they were delivered to the undercover law enforcement officer, minus the commission.

5.      In addition to laundering these 3 shipments of purported narcotics proceeds, MENDEZ-GARCIA offered to introduce the CHICAGO U/C to various sources of controlled substances. Specifically, MENDEZ-GARCIA offered to introduce the CHICAGO U/C to a source of supply for methamphetamine who was located in the Dallas, Texas area. On July 5, 2005, MENDEZ-GARCIA met the CHICAGO U/C in Dallas and introduced the CHICAGO U/C to CARLOS BUCIO. MENDEZ-GARCIA and BUCIO delivered to the CHICAGO U/C 2 car batteries that contained roughly 7.8 kilograms of methamphetamine secreted inside them. MENDEZ-GARCIA and BUCIO were acting at the direction of TORRES-GARCIA when they delivered the controlled substances.

## B.      BACKGROUND OF INVESTIGATION

6.      In October of 2004, the DEA-Bilateral Case Group ("the DEA-BCG") initiated an investigation into the TORRES-GARCIA narcotics trafficking and money laundering organization, which is based in the Guadalajara, Mexico area. During the course of that investigation, agents were

3

able to develop a confidential source, CS1.[1] CS1 provided agents with information on the narcotics trafficking activities of TORRES-GARCIA that he/she learned from a relative whom had attended meetings in Colombia the month before. TORRES-GARCIA and other narcotics traffickers were present at those meetings in Colombia, and expressed their interest in using ships operated by CS1 and others to transport multi-ton loads of cocaine from Colombia to the coast of Mexico. TORRES-GARCIA offered to provide between 3,000 and 4,000 kilograms of cocaine to CS1.

7.    CS1 then made a number of consensually recorded calls, at the direction of the DEA, on October 6, 2004 and October 12, 2004, to a telephone assigned telephone number 011-52-452-520-3503 (the TORRES-GARCIA TELEPHONE), and engaged TORRES-GARCIA in conversation to further discuss the proposal.

8.    CS1 also introduced an undercover agent (the "BCG U/C"), through an intermediary, to TORRES-GARCIA on December 2, 2004. The BCG U/C engaged in extensive phone conversations directly with TORRES-GARCIA in December of 2004 and January and February of 2005, in which the two negotiated for the transportation of multi-kilogram quantities of cocaine from South Texas to various cities across the United States, including Chicago. The two also discussed TORRES-GARCIA's ability to launder or conceal the source of ownership of narcotics proceeds from those cities to Colombia by way of TORRES-GARCIA's banking contact in Mexico. The BCG U/C expressed his organization's desire to use TORRES-GARCIA's ability to launder or conceal the source of ownership of their narcotics proceeds in order to remit them to their sources of supply in Colombia. The BCG U/C claimed to have distributors in cities across the United States,

---

[1] CS1 has been indicted on federal narcotics trafficking charges that are, to date, pending. CS1 is currently incarcerated on those charges. CS1 has been providing information to federal law enforcement officials that has proven accurate and reliable.

4

including Chicago. TORRES-GARCIA told the BCG U/C about an individual in the Chicago, Illinois area who is able and willing to launder or conceal the source of ownership of money for the BCG U/C. TORRES-GARCIA often utilized the TORRES-GARCIA TELEPHONE during the above-described conversations to speak with the BCG U/C.

     9.    On March 22, 2005, the BCG U/C placed two calls to TORRES-GARCIA. During those conversations, the BCG U/C provided TORRES-GARCIA with contact information for an undercover task force officer in Chicago (previously referred to as "the CHICAGO U/C" in this Affidavit), who the BCG U/C represented to be his contact in the Chicago, Illinois area who would facilitate the transfer of purported narcotics proceeds earned by the BCG U/C's fictitious organization to TORRES-GARCIA's money laundering associate in Chicago. TORRES-GARCIA told the BCG U/C that "Javier" (a reference to TORRES-GARCIA's money laundering associate in Chicago) was with him in Mexico and would return to Chicago within "the next two to three days." TORRES-GARCIA told the BCG U/C that he would have "Javier" call the CHICAGO U/C "within the hour."

     10.    Later that same day, at approximately 1:50 p.m., the CHICAGO U/C received an incoming call over his cellular telephone, and spoke to an unidentified male. During the conversation that ensued, the unidentified male said, "I am calling on behalf of Alejo" (a reference to the BCG U/C who uses the alias "Alejo" in his dealings with TORRES-GARCIA). The unidentified male said, "I am currently in Guadalajara, Mexico." The unidentified male said, "I want you to speak with my guy named Javier" (a reference to TORRES-GARCIA's Chicago based money

laundering associate). MENDEZ-GARCIA came to the phone and identified himself as "Javier."[2]

MENDEZ-GARCIA asked, "When would you be ready to meet?" The CHICAGO U/C replied that

he would "not be ready to meet" MENDEZ-GARCIA "with the money until sometime next week"

(a reference to the narcotics proceeds that will be turned over to MENDEZ-GARCIA). The two

agreed that MENDEZ-GARCIA would call the CHICAGO U/C once MENDEZ-GARCIA returned

to the Chicago, Illinois area.

## C.  THE CHICAGO U/C MAKES PLANS TO DELIVER $100,000 IN PURPORTED NARCOTICS PROCEEDS TO MENDEZ-GARCIA.

11.  On March 24, 2005, at approximately 11:26 a.m., the CHICAGO U/C received an

incoming call over his cellular telephone from cellular telephone number (312) 404-0734, which is

used by MENDEZ-GARCIA ("TARGET TELEPHONE 1"), and spoke to MENDEZ-GARCIA. The

call was recorded by the CHICAGO U/C. During the conversation, MENDEZ-GARCIA identified

himself as "Javier" and "the one that spoke to you from down there" (a reference to a prior

conversation between the CHICAGO U/C and MENDEZ-GARCIA while MENDEZ-GARCIA was

---

[2] The person who participated in the March 22, 2005 phone call originally was known only as "JAVIER LNU." As the investigation proceeded, JAVIER LNU later was identified as JAVIER MENDEZ-GARCIA. As is described below, the CHICAGO U/C had further conversations with JAVIER LNU and eventually arranged face-to-face meetings with him. During one of these meetings, which occurred on March 30, 2005, investigating agents arranged for officers of the Chicago Police Department to conduct a traffic stop of the CHICAGO U/C's vehicle in order to fully identify JAVIER LNU, who was in the vehicle at the time of the stop. During the traffic stop, JAVIER LNU identified himself as "Javier Garcia," and provided his social security number, and date of birth. A check of records maintained by the DEA revealed that JAVIER LNU's full name was JAVIER MENDEZ-GARCIA, and that he resides at 1735 South Des Plaines Street in Chicago. Agents have observed MENDEZ-GARCIA entering and leaving both the first and second floors of the Des Plaines address. The CHICAGO U/C has confirmed, based on both voice recognition and the context of the ensuing conversations, that the person identified as JAVIER MENDEZ-GARCIA following the March 30, 2005 traffic stop is the same person who identified himself as "Javier" in the March 22, 2005 conversation.

6

believed to be located in Mexico). MENDEZ-GARCIA said, "I am at home" and that he wanted to "set up a meeting" so the two could "sit down and talk" (a reference to a meeting to discuss the details involved in the CHICAGO U/C turning the purported narcotics proceeds over to MENDEZ-GARCIA). The CHICAGO U/C said, "I will call you later and give you a specific time of when we can meet." MENDEZ-GARCIA told the CHICAGO U/C to "meet in the area of Greek Town."

12.     During 2 conversations later that day, MENDEZ-GARCIA and the CHICAGO U/C agreed to meet at a gas station on the corner of Halsted Street and Archer Avenue in Chicago. MENDEZ-GARCIA said he would arrive "in a green Jeep Liberty." At approximately, 4:15 p.m., agents established physical surveillance in the vicinity of the Citgo Gas Station located on the corner of Halsted Street and Archer Avenue in Chicago, Illinois and observed MENDEZ-GARCIA arrive at the gas station at approximately 4:34 p.m. in a green Jeep Liberty. The CHICAGO U/C arrived at the gas station approximately six minutes later. MENDEZ-GARCIA entered the CHICAGO U/C's vehicle and the two engaged in a recorded conversation. During that conversation MENDEZ-GARCIA suggested the two "go to a restaurant to speak." MENDEZ-GARCIA returned to his own vehicle and left the gas station followed by the CHICAGO U/C in his own vehicle. MENDEZ-GARCIA parked on the 2100 block of South Halsted Street and entered the CHICAGO U/C's vehicle.

13.     Agents followed the CHICAGO U/C and MENDEZ-GARCIA as the CHICAGO U/C drove to the area of Jackson Boulevard and Green Street in the "Greek Town" area of Chicago. At approximately 4:51 p.m., the CHICAGO U/C and MENDEZ-GARCIA entered the Acropolis restaurant located at 306 South Halsted Street. Once inside, the two engaged in a recorded conversation. During that conversation, MENDEZ-GARCIA asked, "How much money are you

7

going to give me for my uncle" (references to MENDEZ-GARCIA's associate in Mexico and the amount of narcotics proceeds the CHICAGO U/C will transfer to MENDEZ-GARCIA) MENDEZ-GARCIA continued, "My uncle told me that you were going to be part of an organization that is going to be laundering a large amount of money." The CHICAGO U/C said, "I have a vehicle with traps to deliver the money in" (a reference to the CHICAGO U/C's vehicle which is equipped with "traps" or concealed compartments where the narcotics proceeds can be secreted from view). MENDEZ-GARCIA asked to use of the CHICAGO U/C's vehicle "to transport the money" to MENDEZ-GARCIA's residence. MENDEZ-GARCIA said, "Once the money is at my house I will do what I need to do and return your vehicle." The CHICAGO U/C then informed MENDEZ-GARCIA that he was "instructed to start with $100,000" (a reference to the amount of money that will be transferred initially to MENDEZ-GARCIA to launder or conceal the source of ownership before more substantial amounts of narcotics proceeds are turned over). The CHICAGO U/C continued, "Once the $100,000 is taken care of, I will continue to do business with you and your uncle."

14.    Agents observed the CHICAGO U/C and MENDEZ-GARCIA leave the restaurant at approximately 5:27 p.m. and proceed to the CHICAGO U/C's vehicle. MENDEZ-GARCIA told the CHICAGO U/C that he uses his cellular telephone number (312) 404-0734 "for business" (a reference to MENDEZ-GARCIA's money laundering activities). The CHICAGO U/C drove MENDEZ-GARCIA back to his green Jeep Liberty and the two parted ways. Agents followed MENDEZ-GARCIA to the vicinity of the 1700 block of South Des Plaines Street in Chicago where MENDEZ-GARCIA parked his green Jeep Liberty. Agents then observed MENDEZ-GARCIA enter his residence at 1735 South Des Plaines Street.

8

15.     On March 30, 2005, at approximately 10:42 a.m., the CHICAGO U/C made a recorded outgoing call to TARGET TELEPHONE 1, and spoke to MENDEZ-GARCIA. During that conversation, the CHICAGO U/C said, "I'm going to call you later to see if we can see each other somewhere." Later that day, at approximately 5:00 p.m., the CHICAGO U/C placed an second recorded call to TARGET TELEPHONE 1, and spoke to MENDEZ-GARCIA. During that conversation, the CHICAGO U/C told MENDEZ-GARCIA he was on his "way." MENDEZ-GARCIA in turn provided the CHICAGO U/C with directions to his residence in the vicinity of "18th Street and Des Plaines Street." Later that evening, at approximately 5:58 p.m., the CHICAGO U/C placed a third recorded call to TARGET TELEPHONE 1, and told MENDEZ-GARCIA that he was in the vicinity of "18th Street and Des Plaines Street." The CHICAGO U/C then observed MENDEZ-GARCIA exit the area of 1735 Des Plaines Street.

16.     MENDEZ-GARCIA entered the CHICAGO U/C's vehicle and the two engaged in a recorded conversation as the CHICAGO U/C drove. MENDEZ-GARCIA asked, "Will the money you are going to give me consist of small denominations or large denominations" (references to the narcotics proceeds that will be turned over to MENDEZ-GARCIA and the denomination of the bills) MENDEZ-GARCIA explained, "It is easier to transport the money when it consists of large denominations" (a reference to the fact that larger denominations mean a smaller package to conceal). MENDEZ-GARCIA continued, "I have a customer who delivers bulk money to me consisting of fifty and hundred dollar denominations" (a reference to one of the other narcotics trafficking organizations that MENDEZ-GARCIA launders or conceals the source of ownership of money for in the Chicago area). The CHICAGO U/C told MENDEZ-GARCIA that he would be giving him "$100,000" in "the near future" and he would accommodate MENDEZ-GARCIA's

9

request that the delivery "consist of large denominations." After further conversation, the CHICAGO U/C drove MENDEZ-GARCIA back to his residence, and he departed the CHICAGO U/C's vehicle at approximately 6:17 p.m.

## D. MENDEZ-GARCIA LAUNDERS THE FIRST $100,000 FOR THE CHICAGO U/C.

17. On April 5, 2005, at approximately 3:21 p.m., the CHICAGO U/C made a recorded call to TARGET TELEPHONE 1, and spoke to MENDEZ-GARCIA. During that conversation, the CHICAGO U/C said, "I have the money ready" (a reference to the $100,000 in purported narcotics proceeds that the CHICAGO U/C will transfer to MENDEZ-GARCIA). MENDEZ-GARCIA instructed the CHICAGO U/C to meet him at his residence "in an hour."

18. Later that afternoon, at approximately 4:43 p.m., the CHICAGO U/C pulled up in front of MENDEZ-GARCIA's residence at 1735 South Des Plaines Street, and made a recorded call to TARGET TELEPHONE 1, and spoke to MENDEZ-GARCIA. The CHICAGO U/C told MENDEZ-GARCIA that he was "outside." MENDEZ-GARCIA replied, "I'm going to grab my bag and be right out."

19. Approximately one minute later, MENDEZ-GARCIA, who was carrying a brown leather bag, left his residence and entered the CHICAGO U/C's vehicle. MENDEZ-GARCIA instructed the CHICAGO U/C to "drive around the block" (agents conducting physical surveillance of the meet followed the CHICAGO U/C's vehicle as it squared the block at the direction of MENDEZ-GARCIA). MENDEZ-GARCIA said, "I will remove the money from the trap as you drive around the block" (a reference to the hidden compartment where the $100,000 was secreted in the CHICAGO U/C's vehicle). The CHICAGO U/C said, "I placed as many large bills together as possible" (a reference to the CHICAGO U/C's accommodation of MENDEZ-GARCIA's earlier

10

request). The CHICAGO U/C continued, "$98,000 in one hundred dollar denominations and the rest of the money is in fifty dollar denominations." MENDEZ-GARCIA commented, "The money is not going to be a large bundle since the denominations are in large increments."

20.    As the two drove around, the CHICAGO U/C opened the "trap" installed in his vehicle. MENDEZ-GARCIA then climbed over the front seat to the back seat to gain access to the alleged narcotics proceeds that were in the now open compartment. MENDEZ-GARCIA removed a bag containing the $100,000 in alleged narcotics proceeds. MENDEZ-GARCIA opened the bag, looked inside and moved the contents around. MENDEZ-GARCIA then placed the bag inside the brown leather bag he brought with him. The CHICAGO U/C returned to the area of MENDEZ-GARCIA's residence. The CHICAGO U/C told MENDEZ-GARCIA to call him once "the money" was "counted." MENDEZ-GARCIA replied, "I will count the money some time tonight and will call you once the money count is done." At approximately 4:50 p.m., agents conducting physical surveillance in the vicinity of MENDEZ-GARCIA's residence observed him part ways with the CHICAGO U/C and then return to his residence while carrying a now weighted down brown leather bag.

21.    At approximately 10:38 a.m. on April 6, 2005, DEA surveillance agents observed MENDEZ-GARCIA leave his residence carrying a brown bag. MENDEZ-GARCIA entered green Jeep SUV, Illinois registration 4421572, and drive away. Surveillance agents followed MENDEZ-GARCIA and saw him drive to the vicinity of and enter a residence at 1353 16th Street, Chicago, Illinois. MENDEZ-GARCIA was empty-handed when he entered the residence. MENDEZ-GARCIA left the residence at approximately 11:19 a.m.

11

22. Between 11:21 a.m. and 11:49 a.m., MENDEZ-GARCIA was observed traveling to, entering and exiting 3 currency exchanges at various locations in Chicago. Based on these observations, and this investigation, it is has been learned that MENDEZ-GARCIA was using the money that the CHICAGO U/C had delivered to him to purchase money orders.[3]

23. On April 19, 2005, at approximately 1:05 p.m., an undercover law enforcement agent employed by the Colombian Departamento Administratvio Seguridad (previously referred to in this affidavit as the "DAS U/C") received a call from an individual who identified himself as "Alberto." "Alberto" informed the DAS U/C that the money was in the country and was being authenticated for delivery. At approximately 3:25 p.m. that same day, an unidentified caller contacted the DAS U/C by phone and told the DAS U/C to have "Alejo" (the name used by the BCG U/C) contact the caller.

24. On April 20, 2005, at approximately 2:51 p.m., "Alberto" and the DAS U/C agreed to meet at a parking lot located on the north side of the city of Bogota, Colombia. At approximately 3:30 p.m. that same day, the DAS U/C received another call from "Alberto" and the DAS U/C agreed to meet the caller in the area of Carrera 56 and Calle 128 in Bogota, Colombia.

25. At approximately 4:30 p.m. that same day, an Hispanic male approximately 60-70 years old was observed arriving on foot at the pre-arranged meeting location. The Hispanic male

---

[3] Based in part on the information included in ¶¶ 5-21 of this affidavit, on April 20, 2005, Chief Judge Charles Kocoras, of the Northern District of Illinois, entered an order authorizing interception wire communications to and from (312) 404-0734, a T-Mobile, pre-paid cellular telephone assigned International Mobile Subscriber Identifier (IMSI) Number 310260911397141, subscribed to Enrique R. Perez, of 1735 South Des Plaines in Chicago, Illinois, and believed to be used by a Spanish speaking male, JAVIER MENDEZ-GARCIA. Interception pursuant to the order began on April 20, 2005 and was continued — pursuant to orders entered by Chief Judge Kocoras on May 19 and June 17, 2005 — until July 16, 2005, when interception ceased. Interception resumed on July 28, 2005, when Chief Judge Kocoras entered another order authorizing the continued interception of MENDEZ-GARCIA's phone, and is ongoing.

approached the DAS U/C and asked the DAS U/C to drive him to another location. The DAS U/C refused, and the Hispanic male entered the DAS U/C's car. While in the car, the Hispanic male withdrew 9 bundles of money from his jacket and placed them in the DAS U/C's car. The Hispanic male asked the DAS U/C about receiving a commission, and the DAS U/C told him that too much commission already had been paid. The Hispanic male then left the area on foot. The bundles of money were later transported to the DEA Office at the American Embassy in Bogota, Colombia where it was counted and determined to be $85,700.

26.     Surveillance units observed the Hispanic male leave the area and enter a gray Mazda bearing Colombian license number BOL 719 which was driven by an unidentified female. This vehicle is registered to Matilde Henao De Albornoz. Agents followed the vehicle to a residence at Carrera 48A #128-69 in Bogota, Colombia.

27.     Following the surveillance on April 20, DAS officials obtained authorization to intercept calls to and from the telephone at Carrera 48A #128-69 in Bogota, Colombia. While monitoring this telephone, DAS officials intercepted a call in which a woman called the United States Embassy in Colombia and discussed obtaining a visa. DAS officials then obtained a copy of the visa application and learned that the applicant was Matilde Henao De Albornoz, and that she had identified on the application LUIS ALFREDO ALBORNOZ-BURBANO as her husband. DAS officials then obtained a copy of a photograph of LUIS ALFREDO ALBORNOZ-BURBANO which was reviewed by the DAS U/C and an agent who provided surveillance during the April 20 meeting. Both the DAS U/C and the surveillance agent confirmed that the LUIS ALFREDO ALBORNOZ-BURBANO who was depicted in the photograph was the same person who delivered the money to the DAS U/C on April 20.

13

28. On April 21, 2005, at approximately 2:24 p.m., the CHICAGO U/C called TARGET TELEPHONE 1, and spoke to MENDEZ-GARCIA. During that conversation, the CHICAGO U/C said, "The boss called and said that all of the tickets got there and that everything's fine" (a reference, according to the CHICAGO U/C, to the alleged narcotics proceeds handed over to MENDEZ-GARCIA on April 5, 2005 and the fact that MENDEZ-GARCIA successfully laundered or concealed the source of ownership of the alleged narcotics proceeds. The CHICAGO U/C and MENDEZ-GARCIA have used the term "tickets" during the course of this investigation to refer to narcotics proceeds). MENDEZ-GARCIA replied, "I had told you that already." The CHICAGO U/C said, "Yeah, but they finally called and told me." The CHICAGO U/C continued, "I was talking to him and we agreed that we'd make more tickets later on, a lot more" (references, according to the CHICAGO U/C, to additional narcotics proceeds that he would like MENDEZ-GARCIA to launder or conceal the source of ownership of for his alleged organization). MENDEZ-GARCIA replied, "Okay." The CHICAGO U/C said, "I'll call you when I know more about the tickets." MENDEZ-GARCIA replied, "Okay, deal."

29. Later that day, at approximately 5:30 p.m., MENDEZ-GARCIA made an outgoing call over TARGET TELEPHONE 1 to 011-52-4525203503 ("the TORRES-GARCIA TELEPHONE"), and spoke to TORRES-GARCIA. During that conversation, MENDEZ-GARCIA said, "The guy called me and he had spoken to the other guys and they were real happy" (references, I believe, to the CHICAGO U/C and his alleged organization). MENDEZ-GARCIA continued, "The guy told me it's going to be a lot more next time" (references, I believe, to the CHICAGO U/C and the fact he intends to turn a larger amount of narcotics proceeds over to MENDEZ-GARCIA the next time). TORRES-GARCIA said, "Ask the guy how much it is so they can take it down piece by

14

piece" (references, I believe, to TORRES-GARCIA's desire that MENDEZ-GARCIA find out in advance the amount of the narcotics proceeds the CHICAGO U/C plans to turn over and TORRES-GARCIA's intention that the narcotics proceeds will be broken into smaller amounts and then transported to Mexico. MENDEZ-GARCIA has used terms or phrases such as "down there" during the course of this investigation to refer to Mexico). TORRES-GARCIA continued, telling MENDEZ-GARCIA to say, "Just give me two, three hundred and once I get those I'll call you so I can go get the rest" (references, I believe, to $200,000 and $300,000 respectively. In my experience, money launderers and narcotics traffickers do not openly discuss amounts of narcotics proceeds. I have often heard them use the first three digits in a figure to refer to hundreds of thousands of dollars).

**E.     MENDEZ-GARCIA LAUNDERS THE SECOND $100,000 FOR THE CHICAGO U/C.**

30.     On May 27, 2005, at approximately 10:17 a.m., the CHICAGO U/C called MENDEZ-GARCIA on TARGET TELEPHONE 1 and told MENDEZ-GARCIA that the CHICAGO U/C was en route to MENDEZ-GARCIA's residence and would arrive within 15 minutes. MENDEZ-GARCIA acknowledged and stated that MENDEZ-GARCIA was en route to his residence as well.  At approximately 10:27 a.m., the CHICAGO U/C called MENDEZ-GARCIA on TARGET TELEPHONE 1. The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C had arrived in the area. MENDEZ-GARCIA stated that MENDEZ-GARCIA would be right out.

31.     At approximately 10:40 a.m., MENDEZ-GARCIA exited MENDEZ-GARCIA's residence and entered the CHICAGO U/C's vehicle and engaged in a recorded conversation. The CHICAGO U/C and MENDEZ-GARCIA drove around the area, under constant surveillance by agents, while they talked.  The CHICAGO U/C asked MENDEZ-GARCIA when MENDEZ-

15

GARCIA was leaving (the CHICAGO U/C was referring to MENDEZ-GARCIA leaving with the $100,000 that the CHICAGO U/C brought with him to be laundered through the organization). MENDEZ-GARCIA stated that he would call and see if he was supposed to leave with the $100,000 or wait for the other $100,000. (MENDEZ-GARCIA was under the impression that the CHICAGO U/C would be providing him with an additional $100,000 in drug proceeds a week or so after this date). The CHICAGO U/C told MENDEZ-GARCIA to leave with the first $100,000 and when he returned, the CHICAGO U/C would have the other $100,000 ready for him. MENDEZ-GARCIA agreed. The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C would not have the other $100,000 ready until sometime the following week. The CHICAGO U/C told MENDEZ-GARCIA that the female that exchanged the United States Currency into larger bills upon MENDEZ-GARCIA's request was not currently available. MENDEZ-GARCIA asked the CHICAGO U/C to have the female exchange the currency into $500 to $1,000 money orders instead.

32.     The CHICAGO U/C then showed MENDEZ-GARCIA how the "traps" (concealed compartments) operated in the vehicle that the CHICAGO U/C was driving. The $100,000 was concealed in the compartment. The CHICAGO U/C gave MENDEZ-GARCIA a white grocery bag that contained the $100,000 from the concealed compartment. The CHICAGO U/C requested that MENDEZ-GARCIA make sure that there were ten bundles of United States Currency (the currency was wrapped in ten bundles of $10,000 each). MENDEZ-GARCIA looked in the bag and confirmed that there were ten bundles of currency. MENDEZ-GARCIA again referred to the CHICAGO U/C supplying money orders instead of money if at all possible. At approximately 10:55 a.m., MENDEZ-GARCIA exited the CHICAGO U/C's vehicle and entered his residence with the bag containing the $100,000.

16

33.     Agents maintained surveillance of MENDEZ-GARCIA. At approximately 11:03 a.m., MENDEZ-GARCIA exited his residence carrying a bag. Surveillance observed MENDEZ-GARCIA visit eight currency exchanges between approximately 11:20 a.m. and 1:00 p.m. These businesses are ideal for obtaining money orders.

34.     On May 27, 2005, at approximately 8:21 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from TORRES-GARCIA.[4] MENDEZ-GARCIA told TORRES-GARCIA, "I was going to call you around one. I just saw the guy and he gave me one-hundred and he said that on Tuesday or Wednesday he will give me the rest" (I believe that MENDEZ-GARCIA was referring to the CHICAGO U/C giving MENDEZ-GARCIA the $100,000 earlier that day.) TORRES-GARCIA asked, "What number does he have them at?" (I believe that TORRES-GARCIA was asking MENDEZ-GARCIA what denominations the bills were in). MENDEZ-GARCIA responded, "Well, I started to make them today…I think that I'll finish tomorrow" (I believe that MENDEZ-GARCIA was referring to converting the $100,000 to money orders).

35.     On May 29, 2005, at approximately 6:30 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from TORRES-GARCIA. TORRES-GARCIA asked, "Did you finish?" MENDEZ-GARCIA responded, "Almost. You know what I almost finished yesterday but not all. I still need like thirty because it's Memorial day and everything has been closed yesterday, today. I haven't been able to do anything since yesterday. Everything is closed. I'll finish on Tuesday" (I believe that TORRES-GARCIA was checking to see if MENDEZ-GARCIA had converted the $100,000 to money orders. MENDEZ-GARCIA was informing

_____

[4] TORRES-GARCIA was identified as a participant in this conversation

17

TORRES-GARCIA that MENDEZ-GARCIA still had approximately $30,000 left to convert to money orders because the Memorial day holiday had resulted in most of the currency exchange locations being closed).

36.     TORRES-GARCIA replied, "If it's going to be like that then I'll wait for everything on Tuesday." MENDEZ-GARCIA responded, "Yeah, but tell him that the banks are closed and we couldn't do any operations...so you don't tell him we're doing that." TORRES-GARCIA answered, "They know it's being done like that." MENDEZ-GARCIA said, "But tell him (I believe TORRES-GARCIA's banking contact in Mexico City who further launders the money to Colombia) the banks are closed and we couldn't do any operations (I believe MENDEZ-GARCIA converting United States currency to money orders) and on Tuesday when I finish that (I believe the $100,000 that the CHICAGO U/C provided to MENDEZ-GARCIA a few days previous), then I will get started on the other" (I believe the additional $100,000 to be provided by the CHICAGO U/C to MENDEZ-GARCIA).

37.     In the same conversation, MENDEZ-GARCIA added to TORRES-GARCIA, "I already finished with these, what you gave me (I believe converting the majority of the $100,000 to money orders), and I'll start with what you're going to give me (I believe the additional $100,000 that is expected to be provided by the CHICAGO U/C, which MENDEZ-GARCIA is referring to as work that TORRES-GARCIA is providing to MENDEZ-GARCIA). That way you can tell me what we're going to do." TORRES-GARCIA agreed.

38.     On May 31, 2005, at approximately 5:40 p.m., the CHICAGO U/C called MENDEZ-GARCIA on telephone number 312-259-5874. This telephone call was recorded. MENDEZ-GARCIA directed the CHICAGO U/C to ask the female, who the CHICAGO U/C fictitiously

18

portrayed as the CHICAGO U/C's associate who would convert small bills of United States currency to large denominations, if she could convert the currency to money orders in increments of $1,000. The CHICAGO U/C informed MENDEZ-GARCIA that the CHICAGO U/C was out of town and would not be able to provide MENDEZ-GARCIA with the additional money until the following week.

39.    MENDEZ-GARCIA told the CHICAGO U/C that MENDEZ-GARCIA would wait to hear from "the man down there" whether MENDEZ-GARCIA should leave to Mexico or wait for the additional $100,000 from the CHICAGO U/C (the CHICAGO U/C knew the "man down there to be TORRES-GARCIA). The CHICAGO U/C asked MENDEZ-GARCIA who should be the payee listed on the money orders. MENDEZ-GARCIA responded, "No, no, no, no, you don't have to put names, like that blank" (I believe MENDEZ-GARCIA was referring to not having to put a payee designee on the money orders). The CHICAGO U/C responded that the CHICAGO U/C did not know if his "girl" was able to get money orders without a payee. MENDEZ-GARCIA answered, "No, I, I do them all the time and there is never a problem...They can give you, how do you call it, of $1,000 or $500 and without or blanks" (I believe that MENDEZ-GARCIA was telling the CHICAGO U/C that currency exchanges allowed customers to get up to $1,000 increments of money orders without listing a payee on the money order). MENDEZ-GARCIA added, "Yes, tell her in blanks, and I will take care of everything else" (I believe that MENDEZ-GARCIA was referring to filling in the payee at a later date once MENDEZ-GARCIA transported the money orders to Mexico so that the money could be further laundered to Colombia).

40.    On May 31, 2005, at approximately 8:54 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from TORRES-GARCIA. MENDEZ-GARCIA

19

stated, "I finished earlier but I had the last one that I had to do just a little bit ago. I'm heading home now. I talked to the guy and he says that he left and that he will be back within the week" (I believe that MENDEZ-GARCIA was referring to just finishing converting the last of the $100,000 that the CHICAGO U/C had provided to MENDEZ-GARCIA to money orders. The CHICAGO U/C informed MENDEZ-GARCIA that the CHICAGO U/C would be out of town).

41.     TORRES-GARCIA responded, "Okay, well then come." MENDEZ-GARCIA responded, "Okay, do you want me to leave tomorrow or…." TORRES-GARCIA answered, "Yeah, within the week is better…Are you coming the same way?" MENDEZ-GARCIA stated, "Yes, the same way." TORRES-GARCIA said, "It's just that where you had them is not good" (I believe that TORRES-GARCIA thought that the previous time MENDEZ-GARCIA had not properly secreted the money orders when transporting them to Mexico). TORRES-GARCIA added, "Where you had them it was too, they're better in your pocket…I think…son of a bitch [laughs]" (I believe that TORRES-GARCIA was joking that MENDEZ-GARCIA would better conceal the money orders in MENDEZ-GARCIA's pocket than where he concealed the money orders the last time). MENDEZ-GARCIA answered, "No I don't think so. I put a bunch of…I never…I've never…They've never opened there" (I believe that MENDEZ-GARCIA was reassuring TORRES-GARCIA that MENDEZ-GARCIA had concealed money orders in an unknown place on numerous occasions before without detection by authorities). TORRES-GARCIA responded, "Well anyway, look to fit them well there."

42.     On June 1, 2005, at approximately 3:31 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to TORRES-GARCIA. MENDEZ-GARCIA told TORRES-GARCIA that MENDEZ-GARCIA wasn't able to get a ticket, and there were no direct flights.

20

MENDEZ-GARCIA added that MENDEZ-GARCIA made a reservation, but it's not guaranteed and MENDEZ-GARCIA was going to try and leave then. TORRES-GARCIA asked, "Did you put everything away real good?" MENDEZ-GARCIA answered, "Yeah, everything is fine." TORRES-GARCIA responded, "Because last time you had them out in the open...I said, 'Fuck....suitcase [laughs]'" (I believe that TORRES-GARCIA was again referring to MENDEZ-GARCIA not adequately concealing the money orders on a previous trip to Mexico).

43.     On June 1, 2005, surveillance agents observed MENDEZ-GARCIA depart his residence in a cab and arrive at O'Hare airport in Chicago, Illinois at approximately 6:10 p.m. Surveillance agents observed MENDEZ-GARCIA enter O'Hare and proceed to stand in line at the International Terminal 5 for Mexicana Airlines. On June 1, 2005, at approximately 8:00 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to TORRES-GARCIA. MENDEZ-GARCIA stated that he would be "there" (I believe Mexico) at 1:00. TORRES-GARCIA responded that he would send someone to pick up MENDEZ-GARCIA. On June 3, 2005, agents confirmed that MENDEZ-GARCIA was onboard Mexicana Airlines flight number 175 destined for Morelia, Mexico.

44.     On June 7, 2005, at approximately 2:55 p.m., the CHICAGO U/C received a telephone call from an unknown number. The caller was MENDEZ-GARCIA. This call was not recorded. MENDEZ-GARCIA told the CHICAGO U/C that MENDEZ-GARCIA had returned from Mexico. The CHICAGO U/C asked MENDEZ-GARCIA if everything was alright (the CHICAGO U/C believed MENDEZ-GARCIA to understand that the CHICAGO U/C was referring to the $100,000 that the CHICAGO U/C provided MENDEZ-GARCIA on May 27, 2005). MENDEZ-GARCIA responded that everything was fine. The CHICAGO U/C told MENDEZ-GARCIA that

the additional amount of money was not ready yet.

45.     On June 14, 2005, at approximately 9:55 p.m., ALBORNOZ-HENAO[5] telephoned ALBORNOZ-BURBANO. This call was intercepted pursuant to a judicially authorized wiretap of ALBORNOZ-BURBANO's telephone in Bogota, Colombia.     ALBORNOZ-HENAO told ALBORNOZ-BURBANO to call "Luis Eduardo," which is the name used by the DAS U/C, and gave ALBORNOZ-BURBANO a telephone number. ALBORNOZ-HENAO said that the same guys who delivered the last times will deliver it this time, and that ALBORNOZ-BURBANO should give it to Luis Eduardo. ALBORNOZ-BURBANO told ALBORNOZ-HENAO that he would call when he had "them" and asked ALBORNOZ-HENAO how many "receipts" there were. (Based on my experience and this investigation, it is common for money launderers to refer to money using code words such as "receipts," and I believe that ALBORNOZ-BURBANO was asking ALBORNOZ-HENAO how much money would be coming in the shipment due to arrive the next day.) ALBORNOZ-HENAO answered "84,500."

46.     On June 15, 2005, at approximately 7:30 a.m., DAS agents observed a gray Toyota truck bearing Colombian license B0A965 arrive at ALBORNOZ-BURBANO's residence at Carrera 48A, #12-69, and observed a package being delivered to the residence. At approximately 8:37 a.m that same day, the DAS U/C received a telephone call from ALBORNOZ-BURBANO who told the DAS U/C that ALBORNOZ-BURBANO had the money, and that he wanted to deliver it to the DAS U/C. The DAS U/C told ALBORNOZ-BURBANO that he was busy and they would have to meet

---

[5] ALBORNOZ-HENAO was identified in this and subsequent calls based on the context of the conversation.     LUIS MIGUEL ALBORNOZ-HENAO is the son of LUIS ALFREDO ALBORNOZ-BURBANO.  ALBORNOZ-BURBANO referred to the person to whom he was speaking as "son."  ALBORNOZ-HENAO referred to the person to whom he was speaking as dad and "Mono," a name that the DAS U/C knew to be used by ALBORNOZ-BURBANO.

22

later.

47.     At approximately 9:44 a.m. that same day, ALBORNOZ-BURBANO called ALBORNOZ-HENAO and said that he had called "Luis Eduardo" but could not meet with him until later. ALBORNOZ-HENAO asked if they had delivered 84,500, and ALBORNOZ-BURBANO answered yes, and said he had already checked the shipment.

48.     At approximately 2:51 p.m. that same day, the DAS U/C called ALBORNOZ-BURBANO and arranged to meet at approximately 4:00 or 4:30 p.m. At approximately 4:20 p.m., ALBORNOZ-BURBANO called the DAS U/C and asked if he was ready. The DAS U/C responded that he was at the agreed upon location, and ALBORNOZ-BURBANO said he was on his way.

49.     The DAS U/C met ALBORNOZ-BURBANO near Carrera 56 and Calle 128 in Bogota, which is the same location where they met on April 20, 2005. ALBORNOZ-BURBANO arrived in a gray Mazda with license number BOL 719. ALBORNOZ-BURBANO exited the vehicle, and asked the DAS U/C to show his Colombian identification card ("Cedula"). The DAS U/C showed his identification card to ALBORNOZ-BURBANO, and ALBORNOZ-BURBANO gave the DAS U/C a number of bundles of money. ALBORNOZ-BURBANO told the DAS U/C that there were 8 bundles containing $10,000 in United States Currency, and 1 bundle containing $4,500. After the exchange, ALBORNOZ-BURBANO and the DAS U/C left the area.

50.     At approximately 8:46 p.m. that same day, ALBORNOZ-HENAO called ALBORNOZ-BURBANO and asked if he gave everything to "Jose Luis." BURBANO-ALBORNOZ answered "yes," and said that everything came out perfect.

**E.     MENDEZ-GARCIA LAUNDERS $200,000 FOR THE CHICAGO U/C.**

51.     On June 10, 2005, at approximately 2:21 p.m, MENDEZ-GARCIA placed an

23

outgoing call over TARGET TELEPHONE 1 to the TORRES-GARCIA TELEPHONE. MENDEZ-GARCIA informed TORRES-GARCIA that MENDEZ-GARCIA had spoken with "the guy", which I believe to be the CHICAGO U/C, who told MENDEZ-GARCIA that "he" would see MENDEZ-GARCIA on Monday (June 13, 2005). MENDEZ-GARCIA added that "he" [the CHICAGO U/C] told MENDEZ-GARCIA it was a little more (I believe MENDEZ-GARCIA was referring to the amount of money being delivered by the CHICAGO U/C being more than the usual $100,000). TORRES-GARCIA told MENDEZ-GARCIA that TORRES-GARCIA would send a guy if MENDEZ-GARCIA needed (I believe that TORRES-GARCIA was arranging to send an additional worker to help MENDEZ-GARCIA prepare the currency being delivered by the CHICAGO U/C for laundering to Colombia via Mexico). MENDEZ-GARCIA told TORRES-GARCIA that MENDEZ-GARCIA would let TORRES-GARCIA know as soon as MENDEZ-GARCIA knew how much it was. TORRES-GARCIA added that it would take two to three days for the exchange anyway.

52.     Although MENDEZ-GARCIA and the CHICAGO U/C initially planned to meet and exchange the $200,000 in purported narcotics proceeds on June 13, 2005, the official DEA funds were not yet available on that date, so the meeting was postponed. On the morning of June 14, 2005, the CHICAGO U/C called MENDEZ-GARCIA and arranged to meet with MENDEZ-GARCIA sometime after 2:00 that afternoon.

53.     At approximately 3:00 p.m. on June 14, 2005, the CHICAGO U/C received $200,000 in DEA funds to deliver to MENDEZ-GARCIA as purported narcotics proceeds. The funds were placed in a brown paper bag and placed in a hidden compartment in the undercover police vehicle driven by the CHICAGO U/C to the vicinity of MENDEZ-GARCIA's residence at 1735 South Des Plaines Street, Chicago. At approximately 3:10 p.m., MENDEZ-GARCIA exited his residence and

24

entered the CHICAGO U/C's vehicle. The CHICAGO U/C and MENDEZ-GARCIA drove to the vicinity of Green and Adams Streets in Chicago, where the CHICAGO U/C parked his vehicle, and MENDEZ-GARCIA and the CHICAGO U/C then walked to the nearby Athena restaurant at 212 South Halsted Street.

54.     MENDEZ-GARCIA and the CHICAGO U/C dined at the Athena restaurant from approximately 3:25 p.m. until approximately 4:14 p.m. During this period, MENDEZ-GARCIA and the CHICAGO U/C discussed various issues, including plans they had made for MENDEZ-GARCIA to introduce the CHICAGO U/C to a source of supply ("SOS") for methamphetamine in the Dallas, Texas area. MENDEZ-GARCIA told the CHICAGO U/C that MENDEZ-GARCIA would leave for Mexico as soon as he did "what he needed to do," which the CHICAGO U/C understood to mean as soon as MENDEZ-GARCIA converted the $200,000 in U.S. currency he was going to receive from the CHICAGO U/C into money orders. Later in the conversation, MENDEZ-GARCIA told the CHICAGO U/C that he was taking with him to Mexico the money the CHICAGO U/C was going to give to him. MENDEZ-GARCIA also told the CHICAGO U/C that he would leave for Mexico within a few days, and that he needed to be in Mexico by the Father's Day weekend. MENDEZ-GARCIA said he would travel from Mexico to Dallas, Texas with the methamphetamine SOS, and wanted arrange to meet with CHICAGO U/C in Dallas so he could introduce the SOS and the CHICAGO U/C.

55.     At approximately 4:17 p.m., MENDEZ-GARCIA and the CHICAGO U/C returned to the CHICAGO U/C's vehicle, and began to return toward MENDEZ-GARCIA's residence. At approximately 4:25 p.m., while traveling on the 1700 block of South Halsted Street, MENDEZ-GARCIA climbed into the back seat of the CHICAGO-U/C's vehicle, retrieved the bag containing

25

the $200,000 in purported narcotics proceeds, and returned to the front seat. A short time later, the CHICAGO U/C parked in the vicinity of MENDEZ-GARCIA's residence and at 4:28 p.m., MENDEZ-GARCIA was observed by surveillance officers as he left the CHICAGO U/C's vehicle carrying the brown paper bag, and entered his residence.

56. At approximately 4:57 p.m., surveillance agents observed MENDEZ-GARCIA exit his residence carrying a black bag, and place the bag in a 2002 Green Jeep Carryall registered to Enrique Perez, and which prior surveillance established is used by MENDEZ-GARCIA. MENDEZ-GARCIA placed the bag in the Jeep Carryall, and returned to his residence. At approximately 4:57 p.m., MENDEZ-GARCIA returned to the Jeep Carryall, carrying papers and drove away from his residence.

57. Between approximately 5:03 p.m. and 8:20 p.m. on June 14, 2005, surveillance agents observed MENDEZ-GARCIA as he entered and exited 12 different Western Union and Currency Exchange stores in Chicago. In addition, during this time frame, MENDEZ-GARCIA also approached but did not enter 3 more Currency Exchange stores in Chicago. Each of those 3 businesses was closed for the day at the time MENDEZ-GARCIA approached them.

58. On July 5, 2005, at approximately 10:41 a.m., ALBORNOZ-HENAO called ALBORNOZ-BURBANO. During this conversation, ALBORNOZ-HENAO told ALBORNOZ-BURBANO that he (ALBORNOZ-HENAO) had to give some receipts to ALBORNOZ-BURBANO. On July 6, 2005, at approximately 8:14 a.m., ALBORNOZ-HENAO called ALBORNOZ-BURBANO and told him that some receipts arrived "over there" and that they need to be delivered.

59. On July 8, 2005, at approximately 4:19 p.m., ALBORNOZ-HENAO called his mother, Matilde Henao De Albornoz, and asked her if the "receipts" had arrived. She told

26

ALBORNOZ-HENAO that she was still waiting for them and would call when they arrived. At approximately 6:50 p.m. that same day, ALBORNOZ-HENAO spoke with his mother on the phone and asked how much they gave her. She said, "339" and that it was all in hundreds. ALBORNOZ-HENAO said they should have given her 169, and she said she would call back. At approximately 7:18 p.m. that same day, Henao De Albornoz again spoke to ALBORNOZ-HENAO on the telephone, and told him that she had counted it, and it was 250. ALBORNOZ-HENAO told his mother that they needed to count all of it. Henao De Albornoz said it was all in packages, and ALBORNOZ-HENAO said they needed to take them out and count them. ALBORNOZ-HENAO then spoke to ALBORNOZ-BURBANO and told him to check the money and that it should be "169" that he delivers to the man. ALBORNOZ-HENAO then asked to speak to his sister, and told her to count the money because the total was wrong. At approximately 8:12 p.m. that same day, ALBORNOZ-HENAO called ALBORNOZ-BURBANO again. ALBORNOZ-BURBANO told ALBORNOZ-HENAO that the total was "169," and ALBORNOZ-HENAO directed ALBORNOZ-BURBANO to deliver it.

60.     On July 9, 2005, at approximately 10:13 a.m., ALBORNOZ-BURBANO called the DAS U/C and told him that ALBORNOZ-BURBANO had some "receipts" for the DAS U/C. ALBORNOZ-BURBANO said that he was not in Bogota, and that he would return on Sunday (July 10). The DAS U/C told ALBORNOZ-BURBANO that he (the DAS U/C) would call ALBORNOZ-BURBANO Monday morning (July 11) so they could arrange a meeting.

61.     On July 11, 2005, at approximately 9:18 a.m. the DAS U/C placed a call to ALBORNOZ-BURBANO, and they agreed to meet at 1:00 p.m. At approximately 1:00 p.m., ALBORNOZ-BURBANO and the DAS U/C met in Bogota. During the meeting, ALBORNOZ-

27

BURBANO delivered to the DAS U/C plastic shopping bags containing bundles of money. The DAS U/C questioned ALBORNOZ-BURBANO, who told the DAS U/C that he (ALBORNOZ-BURBANO) was following the instructions of a person in Mexico, and that the money had been sent from Mexico, to Ecuador, and then to Colombia.

62.     Following the meeting with ALBORNOZ-BURBANO, the DAS U/C returned to the DAS offices with the bundles of money. The money was videotaped and turned over to DEA agents from the Bogota Field Division. DEA agents counted the money and determined the bundles contained a total of $169,000 in United States Currency.

63.     At approximately 4:17 p.m. on July 11, 2005, ALBORNOZ-BURBANO spoke over his telephone to ALBORNOZ-HENAO and told ALBORNOZ-HENAO that he (ALBORNOZ-BURBANO) had delivered to "Luis Eduardo" at 1:00.

**F.     MENDEZ-GARCIA DISCUSSES DELIVERING CONTROLLED SUBSTANCES TO THE CHICAGO U/C.**

64.     On May 27, 2005, at approximately 10:40 a.m., MENDEZ-GARCIA exited MENDEZ-GARCIA's residence and entered the CHICAGO U/C's vehicle and engaged in a recorded conversation.[6] The CHICAGO U/C and MENDEZ-GARCIA drove around the area, under constant surveillance by agents, while they talked. The CHICAGO U/C asked MENDEZ-GARCIA if MENDEZ-GARCIA had received the email that the CHICAGO U/C had sent. MENDEZ-GARCIA indicated that MENDEZ-GARCIA received the email and had spoken with some friends. In the aforementioned email, the CHICAGO U/C asked MENDEZ-GARCIA for a Source of Supply (SOS) for cocaine in the Chicago, Illinois area. MENDEZ-GARCIA stated that MENDEZ-GARCIA

_____

[6] This is the same conversation described above at paragraphs 64-67.

would introduce the CHICAGO U/C to the SOS, so the CHICAGO U/C and the SOS could directly contact each other. MENDEZ-GARCIA indicated that once the introduction was accomplished, the CHICAGO U/C could compensate MENDEZ-GARCIA monetarily. MENDEZ-GARCIA stated that the SOS is able to provide the CHICAGO U/C with large amounts of cocaine. MENDEZ-GARCIA stated that MENDEZ- GARCIA has known the SOS for a long period of time.

65.     The CHICAGO U/C asked MENDEZ-GARCIA to make arrangements with the SOS from Chicago to meet the CHICAGO U/C. The CHICAGO U/C told MENDEZ-GARCIA to have the SOS bring a sample of the cocaine to the CHICAGO U/C.

66.     MENDEZ-GARCIA asked the CHICAGO U/C if the CHICAGO U/C was looking for "white" cars or "green" cars. According to the CHICAGO U/C, MENDEZ-GARCIA was referring to cocaine ("white") and cannabis ("green"). MENDEZ-GARCIA then asked the CHICAGO U/C if the CHICAGO U/C was interested in "crystal" and "ice" (through my training and experience, I know that these are common street terminology for methamphetamine). MENDEZ-GARCIA stated that MENDEZ-GARCIA has a SOS in McAllen, Texas that could sell the CHICAGO U/C 25 to 50 pounds of "ice" for under $8,000 a pound. MENDEZ-GARCIA stated that MENDEZ-GARCIA has many SOS's that are in the McAllen, Texas area and are looking for a way to transport the "ice" from McAllen, Texas to other parts of the United States. The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C has customers for the "ice". The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C could meet MENDEZ-GARCIA and the SOS in the McAllen, Texas area. The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C can also provide a vehicle to transport up to 50 pounds of "ice". MENDEZ-GARCIA stated that MENDEZ-GARCIA would arrange the "ice" transaction for the CHICAGO U/C in McAllen, Texas.

29

67.     MENDEZ-GARCIA also indicated that MENDEZ-GARCIA has a SOS in the California area that would produce the "ice" for the CHICAGO U/C, if the CHICAGO U/C provided 200 cases of an unknown prescription drug utilized in the production of methamphetamine. MENDEZ-GARCIA stated that MENDEZ-GARCIA would send the CHICAGO U/C the name of the pills via email. MENDEZ-GARCIA also stated that MENDEZ-GARCIA could have the SOS come to the Chicago, Illinois area and set up a "meth lab" for the CHICAGO U/C. MENDEZ-GARCIA stated that MENDEZ-GARCIA would attempt to arrange everything and then contact the CHICAGO U/C.

68.     On May 31, 2005, at approximately 5:40 p.m., the CHICAGO U/C called MENDEZ-GARCIA on telephone number 312-259-5874. This telephone call was recorded. MENDEZ-GARCIA told the CHICAGO U/C that MENDEZ-GARCIA had sent the CHICAGO U/C an email. (The CHICAGO U/C received an email from an account known to be utilized by MENDEZ-GARCIA. MENDEZ-GARCIA wrote that his SOS for cocaine in the Chicago area would return in a few days. MENDEZ-GARCIA added that MENDEZ-GARCIA would speak to the SOS about the "cars" (this term was agreed upon by MENDEZ-GARCIA and the CHICAGO U/C to code for illegal drugs, "green cars" for pounds of marijuana and "white cars" for kilograms of cocaine). MENDEZ-GARCIA also wrote that he had spoken to his SOS for methamphetamine and would talk to the CHICAGO U/C in person about the methamphetamine.

69.     During the telephone conversation, MENDEZ-GARCIA informed the CHICAGO U/C that MENDEZ-GARCIA had spoken with his SOS for methamphetamine from McAllen, Texas. MENDEZ-GARCIA added that the SOS would be able to supply the CHICAGO U/C with up to 50 pounds of methamphetamine for $8,000 per pound. MENDEZ-GARCIA added that he and the

30

CHICAGO U/C would have to meet with the SOS in McAllen first. MENDEZ-GARCIA stated that he and the CHICAGO U/C would talk more in depth later.

70.     On June 7, 2005, at approximately 2:55 p.m., the CHICAGO U/C received a telephone call from an unknown number. The caller was MENDEZ-GARCIA. This call was not recorded. MENDEZ-GARCIA stated that MENDEZ-GARCIA had spoken with the SOS for the methamphetamine in Texas, but the SOS was no longer located in McAllen, but instead was in Dallas, Texas. MENDEZ-GARCIA added that the SOS had agreed to provide the CHICAGO U/C with 50 pounds of methamphetamine for $8,000 per pound. MENDEZ-GARCIA added that MENDEZ-GARCIA would send the CHICAGO U/C an email with more details about the Dallas, Texas methamphetamine SOS.

71.     On June 14, 2005, at approximately 11:28 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from an unknown telephone number, and spoke to TORRES-GARCIA. During the conversation, TORRES-GARCIA stated, "If you talk to Augustin… no, no, because… (unintelligible) …in Mexico. They're already there…" (a reference to the CHICAGO U/C and methamphetamine. When interacting with MENDEZ-GARCIA, the CHICAGO U/C refers to himself as "Augustin." I believe that "They're already there" refers to the car batteries containing methamphetamine in Dallas that belong to TORRES-GARCIA and were delivered to the CHICAGO U/C by MENDEZ-GARCIA and BUCIO on July 5, 2005. This July 5th delivery is described below.). MENDEZ-GARCIA responded, "Okay, the thing is he asked me about Dallas" (a reference to the CHICAGO U/C previously asking MENDEZ-GARCIA about arrangements for the CHICAGO U/C traveling to Dallas to meet an associate of MENDEZ-GARCIA who is a methamphetamine source-of-supply). TORRES-GARCIA answered, "Let him know whenever he

31

wants. Whenever he wants, I've got some there right now" (a reference to the methamphetamine that was delivered to the CHICAGO U/C on July 5, 2005).

72.     MENDEZ-GARCIA asked, "Okay, so how much do you have there more or less?" TORRES-GARCIA answered, "Right now I have about twenty something but... (unintelligible) ...about eight" (a reference, I believe, to approximately twenty-some pounds available in the Dallas area at $8,000 per pound). MENDEZ-GARCIA said, "Yeah, that's fine. Well it really depends on how much this guy can bring... Whatever fits, right? Just to start" (a reference to MENDEZ-GARCIA providing the CHICAGO U/C with an amount of methamphetamine that the CHICAGO U/C could transport. I further believe that MENDEZ-GARCIA and TORRES-GARCIA planned to supply the CHICAGO UC with additional methamphetamine at a later date).

73.     TORRES-GARCIA responded, "And he won't struggle with the way it is. Just tell him to send a guy so that . . . so he can bring the car. And then just explain how it is . . . (unintelligible)" (a reference to the ease of transporting the methamphetamine in an operable car battery with minimal chance of law enforcement detection. I further believe that TORRES-GARCIA was instructing MENDEZ-GARCIA to have the CHICAGO U/C bring an additional person with him to transport the batteries containing the methamphetamine back to the Chicago area and explaining to the CHICAGO U/C how the batteries still operated with the methamphetamine in them.[7]). MENDEZ-GARCIA responded, "So how much for an hour more or less?" TORRES-GARCIA answered, "At eight. I just want to do business with you" (a reference, I believe, to TORRES-

---

[7] After the CHICAGO U/C received the two car batteries containing the methamphetamine from MENDEZ-GARCIA and BUCIO on July 5, 2005, law enforcement officers exposed the batteries to a drug-detecting dog. The dog did not alert to the presence of drugs in the car batteries. I believe that this confirmed TORRES-GARCIA's statement, "And he won't struggle with the way it is." MENDEZ-GARCIA had previously told the CHICAGO U/C that it was impossible for a drug-detecting dog to alert to the methamphetamine in the car batteries

32

GARCIA instructing MENDEZ-GARCIA to advise the CHICAGO U/C that the price per pound of methamphetamine is $8,000, which is the price that MENDEZ-GARCIA had previously quoted the CHICAGO U/C). MENDEZ-GARCIA said, "Yeah, of course."

74.     As described above, on June 14, 2005, the CHICAGO U/C met with MENDEZ-GARCIA at a restaurant in the Chicago area and following the meeting delivered to MENDEZ-GARCIA $200,000 as purported drug proceeds. While en route to the restaurant, MENDEZ-GARCIA and the CHICAGO U/C spoke about the Source of Supply (SOS) from the Dallas, Texas area. MENDEZ-GARCIA referred to methamphetamine as "hielo" ("ice") and "cristal" ("crystal"). MENDEZ-GARCIA stated that the methamphetamine from Dallas, Texas did not need to be transported in "un clavo" (common street terminology for a concealed compartment). MENDEZ-GARCIA stated that the SOS only sells methamphetamine in the Dallas, Texas area and gave the CHICAGO U/C further details of the SOS's methamphetamine operations. MENDEZ-GARCIA stated that the SOS in Dallas, Texas operates a business that manufactures car batteries and that each car battery contains ten pounds of methamphetamine.

75.     MENDEZ-GARCIA stated that the only thing the CHICAGO U/C needed to do is send a driver with a vehicle. The SOS would then exchange the battery of the vehicle provided by the CHICAGO U/C.     MENDEZ-GARCIA stated that the SOS is constantly bringing methamphetamine into the Dallas, Texas area. MENDEZ-GARCIA stated that the CHICAGO U/C would then have to destroy the battery to retrieve the methamphetamine that is concealed inside of the battery. MENDEZ-GARCIA indicated that the battery is operable until the methamphetamine is retrieved. MENDEZ-GARCIA stated that each pound of methamphetamine would cost $8,000. MENDEZ-GARCIA stated that the SOS only sells the methamphetamine to a select number of

33

unknown persons to keep the method from being detected.

76.     MENDEZ-GARCIA stated that the SOS from Dallas, Texas inquired if MENDEZ-GARCIA knew the CHICAGO U/C. MENDEZ-GARCIA told the SOS that the CHICAGO U/C is one of the people that "they" (the TORRES-GARCIA organization) is working with. According to MENDEZ-GARCIA, the SOS told MENDEZ-GARCIA that the SOS always has a supply of methamphetamine in the Dallas, Texas area. MENDEZ-GARCIA further stated that an associate had a supply of cocaine going to Los Angeles, California that could be routed to the Chicago, Illinois area specifically for the CHICAGO U/C. The CHICAGO U/C told MENDEZ-GARCIA that the CHICAGO U/C had a large client base and would be able to continuously distribute to any location.

77.     On June 14, 2005, at approximately 3:26 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from an unknown telephone number, and spoke to TORRES-GARCIA. MENDEZ-GARCIA received the telephone call in the presence of the CHICAGO U/C during the undercover meeting. During the conversation, MENDEZ-GARCIA stated, "The guy is here right now and uhm… we're talking about Dallas. And I was also telling him about what we're going to do in the other triangle and he says we can work with him" (a reference, I believe, to the CHICAGO U/C and MENDEZ-GARCIA being together at that time and discussing the Dallas methamphetamine SOS and cocaine SOS in California. TORRES-GARCIA responded, "Well, that's what we were doing before, but we just laid off for a few days. But we've dominated well… (I believe TORRES-GARCIA was referring to MENDEZ-GARCIA and TORRES-GARCIA previously distributing cocaine in the Chicago area, but "laid off" recently. TORRES-GARCIA tells MENDEZ-GARCIA that the organization has recently "dominated" and done well in the drug trafficking business.

34

78.     On June 14, 2005, at approximately 4:45 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from an unknown telephone number, and spoke to TORRES-GARCIA. MENDEZ-GARCIA stated, "He already gave it to me. It's two" (I believe MENDEZ-GARCIA was referring to the $200,000 that the CHICAGO U/C had provided to MENDEZ-GARCIA previously that day). MENDEZ-GARCIA added, "I'm going to start doing that right now. I was telling him about California and he's interested and he says for you not to commit yourself to anybody else but him here" (I believe MENDEZ-GARCIA was referring to converting the $200,000 to money orders, which would subsequently be transported to Mexico to facilitate the laundering of the $200,000. Surveillance subsequently observed MENDEZ-GARCIA travel to numerous currency exchanges, as referred to above. I believe that MENDEZ-GARCIA was further referring to the conversation between the CHICAGO U/C and MENDEZ-GARCIA about a California cocaine SOS, which is described above. MENDEZ-GARCIA later stated, "...he said that after that he would go to Dallas cause he wants to start that already" (I believe that MENDEZ-GARCIA was telling TORRES-GARCIA that the CHICAGO U/C wanted to travel to Dallas soon to meet the methamphetamine SOS).

79.     On June 20, 2005, at approximately 1:28 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to 01152-4525203503, and spoke to TORRES-GARCIA. MENDEZ-GARCIA and TORRES-GARCIA discussed the CHICAGO U/C traveling to Dallas. MENDEZ-GARCIA stated, "But they already told him to leave... as a matter of fact, by today. But I told him I would call him today to ask him about the plan that he had" (I believe that MENDEZ- GARCIA was referring to a previous conversation with the CHICAGO U/C when the CHICAGO U/C said that "they", the CHICAGO U/C's superior, who, as described above, is the

35

BCG U/C, wanted the CHICAGO U/C to travel to Dallas that day). TORRES-GARCIA responded,

"No... I'll call him right now and tell him not to come. He probably shouldn't be there until

tomorrow of the day after..." (I believe that TORRES-GARCIA was referring to contacting the BCG

U/C to tell the CHICAGO U/C not to come to Dallas until June 21 or June 22).

### G.  MENDEZ-GARCIA AND BUCIO DELIVER METHAMPHETAMINE TO THE CHICAGO U/C IN DALLAS, TEXAS.

80.     On June 22, 2005, the CHICAGO U/C traveled to Dallas, Texas to meet with

MENDEZ-GARCIA and to have MENDEZ-GARCIA introduce the CHICAGO U/C to MENDEZ-

GARCIA's source of supply for methamphetamine who was located in the Dallas area. MENDEZ-

GARCIA failed to arrive in Dallas, however, and on June 26, 2005, the CHICAGO U/C returned to

Chicago.

81.     On June 29, 2005, at approximately 12:17 p.m., MENDEZ-GARCIA placed an

outgoing call over TARGET TELEPHONE 1 to 01152-4525203503, and spoke to TORRES-

GARCIA. MENDEZ-GARCIA said, "And regarding the other one uhm... I talked to this guy and

he wanted to be here, uh... he wanted to leave today or tomorrow, but he had to be here on Friday.

So then I told him, 'Things done in a rush won't, won't...' I told him, 'I don't know if you want us

to leave on Monday instead. So then if we have to stay two, three, four days there, it won't matter"

(I believe MENDEZ-GARCIA was discussing telling the CHICAGO U/C not to travel from Chicago

to Dallas until the week of July 4, 2005, instead of the previous week).

82.     Later in the conversation, MENDEZ-GARCIA stated, "So then he said, 'Let me talk

to the guys.' Then he called them and said, 'yeah that we should leave Monday or Tuesday' (July

4 or July 5). I also spoke to the other guy from there" (I believe MENDEZ-GARCIA was referring

36

to a conversation with the CHICAGO U/C when MENDEZ-GARCIA and the CHICAGO U/C agreed to travel and meet in Dallas on July 4 or July 5, 2005. I further believe that the "other guy" is the Dallas SOS). TORRES-GARCIA responded, "Yeah, Carlos already called me" (I believe that TORRES-GARCIA was referring to the Dallas SOS, who was later identified as CARLOS BUCIO. I believe that TORRES-GARCIA had spoken to BUCIO about the pending meeting with BUCIO, MENDEZ-GARCIA, and the CHICAGO U/C.)

83.    On July 5, 2005, at approximately 1:07 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to 01152-4525203503, and spoke to TORRES-GARCIA. TORRES-GARCIA stated, "I was talking with Carlos yesterday and he told me you had called him at night… in the evening." MENDEZ-GARCIA responded, "Yeah, I'm here with him. And that guy left too" (I believe that MENDEZ-GARCIA was referring to being in the Dallas, Texas area with BUCIO at that time and that the CHICAGO U/C left Chicago to travel to Dallas). MENDEZ-GARCIA stated, "But he tells me that he doesn't have a car." TORRES-GARCIA responded, "What do you mean he doesn't have a car?" MENDEZ-GARCIA answered, "Yeah, the little car… the one you had told me about… or are they not it?" TORRES-GARCIA said, "Oh yeah, oh course. Let me talk to him."

84.    TORRES-GARCIA then spoke with BUCIO on the telephone.[8]  BUCIO said to TORRES-GARCIA, "What's going on boss?" TORRES-GARCIA responded, "What's up, Carlos?" BUCIO answered, "Just here, trying hard." TORRES-GARCIA asked, "So how is it that you don't have the car?" BUCIO answered, "About the little car?" TORRES-GARCIA responded, "Yeah."

---

[8]  The CHICAGO U/C listened to this intercepted telephone call and confirmed that the voice in the conversation was CARLOS BUCIO, who the CHICAGO U/C met and talked to later that day.

37

BUCIO said, "No, well, I don't have one here boss." TORRES-GARCIA answered, "Oh, no, no, it's...it's...it's...I thought you were talking about something else. I understand now. Where does Pepe have the gray Mercedes?" BUCIO responded, "I don't know boss. Oh! I understand what you were understanding (laughs)." Later in the conversation TORRES-GARCIA tells BUCIO, "All right, I'll call him on the phone. In the meantime take care of the other matter." (I believe that TORRES-GARCIA and BUCIO were misunderstanding each other. I believe that TORRES-GARCIA was referring to 'little car' as illegal drugs. I believe that BUCIO and MENDEZ-GARCIA were initially talking about an actual Mercedes vehicle).

85.     Later in the same conversation TORRES-GARCIA spoke with MENDEZ-GARCIA. MENDEZ-GARCIA asked TORRES-GARCIA, "All right, so what should I do? Should I give that guy that or what?" TORRES-GARCIA answered, "Uh...look, I wanted you to see how things are with this guy." MENDEZ-GARCIA said, "Uh-huh." TORRES-GARCIA continued, "And the way that they're going, because I just have one left since they were taking long. And well, I said I couldn't... and I won't have more for another four to six days." (I believe that MENDEZ-GARCIA was asking TORRES-GARCIA if MENDEZ-GARCIA should give the CHICAGO U/C the methamphetamine contained in the car batteries. TORRES-GARCIA was telling MENDEZ-GARCIA that TORRES-GARCIA only had one car battery with methamphetamine available at that time in Dallas to give to the CHICAGO U/C, but would have more in a few days).

86.     Later in the conversation TORRES-GARCIA again spoke on TARGET TELEPHONE 1 with BUCIO. TORRES-GARCIA asked BUCIO, "How many things do you have, one or do you still have two?" BUCIO responded, "No, it's two boss." TORRES-GARCIA answered, "Oh, you have two?" BUCIO continued, "Yeah, I didn't move anything...since you told

38

me not until the guy arrived." TORRES-GARCIA said, "No, that's good. That's fine. That's perfect." BUCIO said, "But you told me not to move it until the person came here." TORRES-GARCIA said, "Oh, that's good. This way we won't look bad for one." (I believe that BUCIO and TORRES-GARCIA were discussing BUCIO having two car batteries containing methamphetamine belonging to the TORRES-GARCIA organization in the Dallas area. BUCIO did not 'move anything', which is common drug trafficking terminology for selling illegal drugs to customers. BUCIO did not sell any of the methamphetamine because TORRES-GARCIA had previously instructed BUCIO not to sell any methamphetamine, but instead give two car batteries containing methamphetamine to the CHICAGO U/C when he arrived in Dallas.)

87.     On July 5, 2005, at approximately 3:30 p.m., the CHICAGO U/C met with MENDEZ-GARCIA and BUCIO at a restaurant in Dallas, Texas. This meeting was audio recorded. The purpose of the meeting was for the CHICAGO U/C to meet MENDEZ-GARCIA's Dallas methamphetamine associate, who ultimately was identified as BUCIO. MENDEZ-GARCIA and the CHICAGO U/C briefly discussed cocaine that would be available in California in the near future, which had previously been discussed. MENDEZ-GARCIA stated that there would be at least twenty to twenty-five (the CHICAGO U/C knew this to mean 20–25 kilograms of cocaine). BUCIO and MENDEZ-GARCIA departed the restaurant in a different vehicle than the CHICAGO U/C, and the vehicles separated after leaving the restaurant. At approximately 5:27 p.m., Dallas surveillance observed BUCIO and MENDEZ-GARCIA meet with two unidentified Hispanic males in the parking lot of La Calle Doce restaurant in Dallas. At approximately 5:38 p.m., the CHICAGO U/C again met with MENDEZ-GARCIA and BUCIO, this time in the parking lot of a Mobil gas station at 309 South Marsalis Avenue in Dallas. During this meeting, MENDEZ-GARCIA and BUCIO each

39

transferred one car battery (for a total of 2 car batteries) from the vehicle that BUCIO and MENDEZ-GARCIA arrived in, to the trunk of the undercover vehicle utilized by the CHICAGO U/C.

88.     On July 5, 2005, at approximately 7:19 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to 01152-4525203503, and spoke to TORRES-GARCIA. TORRES-GARCIA asked MENDEZ-GARCIA if MENDEZ-GARCIA took care of everything. MENDEZ-GARCIA responded that everything was "cool." (I believe that TORRES-GARCIA was asking if MENDEZ-GARCIA had transferred the two car batteries containing the methamphetamine to the CHICAGO U/C, which MENDEZ-GARCIA affirmed took place with no problems).

89.     On July 6, 2005, at approximately 8:52 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from an unknown telephone number, and spoke to TORRES-GARCIA. MENDEZ-GARCIA stated, "Everything is calm. The guy was going to call me when he arrived so I could tell him how to open it." TORRES-GARCIA affirmed, "Yeah." MENDEZ-GARCIA later added, "It's just that he said he was going to see if not, then we're going to have to show him how." (I believe that MENDEZ-GARCIA was referring to the CHICAGO U/C and showing the CHICAGO U/C how to obtain the methamphetamine from the batteries if the CHICAGO U/C could not do it himself. During the meeting when the CHICAGO U/C received the two batteries, MENDEZ-GARCIA explained to the CHICAGO U/C that the batteries had to be opened up to obtain the methamphetamine, but did not explain the process).

90.     On July 8, 2005, at approximately 9:46 a.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from the CHICAGO U/C undercover telephone, and spoke to the CHICAGO U/C. MENDEZ-GARCIA stated, "You know how to open it right? Because I've never opened them either. I would just have to explain it to you." The CHICAGO U/C replied,

40

"You didn't tell me. You were going to explain it to me." MENDEZ-GARCIA replied, "Yeah, the thing is I haven't opened them yet either. Because they take them just the way they are." The CHICAGO U/C responded, "Yeah, that's why I asked you that day, and you said, 'No, I'll show you when I get to Chicago" (I believe that MENDEZ-GARCIA and the CHICAGO U/C were talking about opening the batteries to obtain the methamphetamine, and that MENDEZ-GARCIA earlier had told the CHICAGO U/C that MENDEZ-GARCIA would show the CHICAGO U/C how to obtain the methamphetamine from the batteries).

91.    MENDEZ-GARCIA responded, "Yeah, that's why...how my friend had told me...I can tell you if you want so you can try. You just have to take those things off, and take the water out. But you can wait until I get my flight if you want" (I believe that MENDEZ-GARCIA was telling the CHICAGO U/C how to open the batteries unless the CHICAGO U/C wanted to wait for MENDEZ-GARCIA to fly back to Chicago and personally show the CHICAGO U/C). MENDEZ-GARCIA continued, "...Just take the thing off, and take off the things...the plastics...and you turn it around so the water can come out." MENDEZ-GARCIA continued, "You're going to cut the top part to lift it up, and then where the water was, where the water is at, where you see the bottom, you cut there exactly because it's right in that part. Because it's a...they're in the middle." The CHICAGO U/C asked, "Well, let me try with one. If not, when do you think you'll be sure about over here...you don't think you'll be arriving today?" MENDEZ-GARCIA responded, "I don't think I can arrive today, but I'm going to try right now...in the evening. Why don't you wait for me until tomorrow? This way we won't be in a rush whether I'm leaving or not" (I believe that the CHICAGO U/C was telling MENDEZ-GARCIA that the CHICAGO U/C would try to open one of the batteries, but wanted to know when MENDEZ-GARCIA would be back in the Chicago area in

41

case the CHICAGO U/C needed assistance opening the batteries).

92.      On July 8, 2005, at approximately 12:27 p.m., MENDEZ-GARCIA received an incoming call over TARGET TELEPHONE 1 from an unknown telephone number, and spoke to TORRES-GARCIA. MENDEZ-GARCIA stated, "I'm going to see the guy later. I told him that if I felt better we would see each other, but he also told me, 'We could do it tomorrow if you want." TORRES-GARCIA affirmed, "All right." MENDEZ-GARCIA later added, "The two arrived fine." TORRES-GARCIA replied, "Oh, that's good." MENDEZ-GARCIA said, "No, he's happy. He said he's going to start with this. He said, 'No, no, no, it's really good like this." TORRES-GARCIA responded, "Look, a lot of people on the other side…that's how it sells." (I believe that MENDEZ-GARCIA was informing TORRES-GARCIA that the CHICAGO U/C successfully transported the two batteries to Chicago and was happy with the concealment of the methamphetamine in the batteries).

93.      On July 8, 2005, agents followed the instructions provided by MENDEZ-GARCIA to the CHICAGO U/C to open the two batteries. Agents removed the top covers to the batteries, emptied the battery fluid, and cut the top section of the batteries off. The bottom portion of one battery was found to contain six packages wrapped in black electrical tape, containing a white substance. The white substance contained in one of the packages field tested positive for the presence of methamphetamine and later lab results showed that the powder contained in the first battery weighed 3,963 grams and contained 99% methamphetamine. The bottom portion of the second battery was found to also contain six packages wrapped in black electrical tape, containing a white substance, and weighing a submitted total weight of 8.28 kilograms. The white substance contained in one of the packages field tested positive for the presence of methamphetamine and later

42

lab results showed that the powder contained in the second batter weighed 3,862 grams and contained 99% methamphetamine.

94.     On July 15, 2005, at approximately 1:10 p.m., MENDEZ-GARCIA placed an outgoing call over TARGET TELEPHONE 1 to telephone number 01152-4525203503, and spoke to TORRES-GARCIA. TORRES-GARCIA said, "Well look...it's nine in each one, all right?" MENDEZ-GARCIA affirmed. TORRES-GARCIA continued, "There's nine American ones in each one." MENDEZ-GARCIA responded, "Uh-huh. I think Carlos told him about all the ones that came in there." TORRES-GARCIA added, "Yeah, it's nine and nine." (I believe that TORRES-GARCIA was informing MENDEZ-GARCIA that there area nine pounds of methamphetamine in each battery. The submitted weight to the DEA laboratory of the packages removed from each battery was well above this amount. The discrepancy of the weight may be due to the packaging with a large amount of adhesive and plastic attached to the packages that could not be removed from them after removing them from the batteries.)

95.     Later in the conversation TORRES-GARCIA told MENDEZ-GARCIA, "I'll call you later, we'll give you a number and you can call us on the public one." (I believe that TORRES-GARCIA was referring to giving MENDEZ-GARCIA a different telephone number to call TORRES-GARCIA back from a public telephone.) MENDEZ-GARCIA responded, "Uhm...let me give you a number so you can call me there." TORRES-GARCIA replied, "All right, let me have it." MENDEZ-GARCIA answered, "It's the same area code as this one, 312-376-6763." TORRES-GARCIA asked, "What is that?" MENDEZ-GARCIA answered, "No, that's the other one that I have. You can call me on that one so you can explain that to me." (MENDEZ-GARCIA has previously contacted the CHICAGO U/C from telephone number 312-376-6763. MENDEZ-

43

GARCIA is known to utilize this telephone. DEA is currently not intercepting telephone conversations over 312-376-6763. MENDEZ-GARCIA was referring to TORRES-GARCIA calling MENDEZ-GARCIA back at a later time to have an associate of TORRES-GARCIA explain how to convert the powdered methamphetamine, such as was contained in the two car batteries, into crystal methamphetamine. MENDEZ-GARCIA and the CHICAGO U/C discussed the process, in a July 18, 2005 undercover meeting, as described below).

FURTHER AFFIANT SAYETH NOT

WILFRED TAYLOR, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this ___4___ day of __August__, 2005

MARTIN C. ASHMAN
Magistrate Judge, United States District Court
Northern District of Illinois

44