UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

SEP 06 2005

| UNITED STATES OF AMERICA | ) | No. 05 CR 695 | Magistrate Judge Sidney I. Schenkier |
| --- | --- | --- | --- |
| | ) | | United States District Court |
| v. | ) | Violations: Title 21, United States Code, | |
| | ) | Section 846. | |
| JAVIER MENDEZ-GARCIA, | ) | | |
| FRANCISCO TORRES-GARCIA, and | ) | | JUDGE HOLDERMAN |
| CARLOS BUCIO | ) | INDICTMENT | |

**COUNT ONE**          MAGISTRATE JUDGE ASHMAN

The SPECIAL FEBRUARY 2005-1 GRAND JURY charges:

Beginning no later than on or about May 31, 2005 until on or about July 5, 2005, in Chicago, Cook County, in the Northern District of Illinois, and elsewhere,

JAVIER MENDEZ-GARCIA,
FRANCISCO TORRES-GARCIA, and
CARLOS BUCIO

defendants herein, did conspire with each other and with others to knowingly and intentionally distribute a controlled substance, specifically, 500 grams or more of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

JN SEP - 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

SEP 0 6 2005

Magistrate Judge Sidney I. Schenkier
United States District Court

No. 05 CR 695

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

JAVIER MENDEZ-GARCIA,
FRANCISCO TORRES-GARCIA, and
CARLOS BUCIO

INDICTMENT

Violation(s): Title 21, United States Code,
Section 846

SEP 0 6 2005

_____ Foreman
A true bill

Filed in open court this 6th day of September, A.D. 2005.

**MICHAEL W. DOBBINS**

_____ Clerk

Bail, $ _____