UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES-GARCIA | |

**ORDER**

Upon consideration of defendant's motion to dismiss the indictment for lack of jurisdiction, the government opposition, a hearing on the motion and a review of the record, the Court hereby **GRANTS** the defendant's motion.  It is further ordered that the U.S. Marshals Service immediately remove the defendant from the custody of the D.C. Department of Corrections and transport him back to Mexico City, Mexico.

So Ordered This _____ Day of _____ 200__.

_____
**Rosemary M. Collyer**
**United States District Judge**

**Copies To:**

All parties via ECF.