UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES-GARCIA | |

## NOTICE OF FILING

**COMES NOW DEFENDANT, Francisco Torres-Garcia,** through undersigned counsel, and respectfully submits this notice of filing.  Attached to this notice is Defendant's Motion To Dismiss The Indictment For Lack Of Jurisdiction (ECF Doc. 19) with an attached proposed order (previously filed as ECF Doc. 20).  The notice is filed per request of the Clerk of the Court dated Nov. 20, 2006.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

**By:** _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 20th day of November 2006.

_____/s/_____
Manuel J. Retureta, Esq.