UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05-267 (RMC) |
| | : | |
| FRANCISCO TORRES-GARCIA | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America, by and through Matthew Stiglitz, Trial Attorney, U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, respectfully requests additional time in which to respond to defense motions, and in support of which states the following:

On November 3, 2006, the parties appeared before the Court at a status hearing, at which time counsel for the defense indicated that he intended to file motions. The Court ordered that defense motions were to be filed by November 17, 2006, and any response by the government would be due December 8, 2006. A hearing on any motion is scheduled for January 3, 2007.

On December 17 and 20, 2006, the defense filed separate motions to dismiss.

Since the status hearing, counsel for the government has received an assignment which will require travel out of the country during the week of December 4, 2006. Further, co-counsel is scheduled to commence a trial that same day. As a result, the government has one less week to work on it's response than originally anticipated.

On November 21, 2006, counsel for the government contacted Manuel Retureda, Esq., counsel for the defense, who indicated that he has no objection to the government's request.

1

For the reasons stated above, it is respectfully requested that the government be given until Friday, December 15, 2006 to respond to defense motions.

                Respectfully submitted,
                KENNETH A. BLANCO
                Chief, Narcotic and Dangerous Drug Section

                _____*/s/ Matthew Stiglitz*_____
                Matthew R. Stiglitz
                Paul Laymon
                Trial Attorneys
                U.S. Department of Justice
                Narcotic and Dangerous Drug Section
                1400 New York Avenue, N.W. #800
                Washington, D.C. 20530
                (202) 305-3646
                (202) 514-0483 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2006, a copy of the foregoing motion was filed electronically with the Court, which will forward a copy to Manuel Retureda, Esq., counsel for the defendant.

                ___*/s/ Matthew Stiglitz*_____
                Matthew R. Stiglitz