UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-267 (RMC)** |
| | : | |
| **FRANCISCO TORRES-GARCIA** | : | |

## ORDER

Having read and considered the government's Unopposed Motion for Extension of Time, it is this \_\_\_\_ day of _____, 2006,

ORDERED that the government's motion is granted; and it is further,

ORDERED that the government file any response to defense motions no later than Friday, December 15, 2006.

_____
Rosemary M. Collyer
United States District Judge

cc:   Matthew Stiglitz, Esq.
      Via ECF

      Manuel Retureda, Esq.
      Via ECF