UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 05-267 (RMC) |
| | ) | |
| **FRANCISCO TORRES-GARCIA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the U.S. Department of Justice, Narcotic and Dangerous Drug Section, informs the Court that Teresa A. Wallbaum at telephone number (202) 616-5193 and/or e-mail address teresa.wallbaum@usdoj.gov submits her notice of appearance in the above-captioned matter.

        Respectfully submitted,

        Kenneth A. Blanco
        Chief

        */s/ Teresa A. Wallbaum*
        Teresa A. Wallbaum, Appellate Counsel
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section
        1400 New York Avenue, N.W.
        Room 11410
        Washington, DC  20530
        (202) 616-5193

December 15, 2006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of December, 2006, I electronically filed this motion, which automatically provides service upon counsel of record.

                                                 /s/ Teresa A. Wallbaum
                                                 Teresa A. Wallbaum