UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### DEFENDANT TORRES-GARCIA'S MOTION TO
### TRANSFER HIS DETENTION FROM D.C. JAIL TO CTF

**COMES NOW DEFENDANT, Francisco Torres Garcia,** through undersigned counsel, and respectfully submits this motion to transfer his detention from the D.C. Jail (D.C. Dept. of Corrections' Central Detention Facility) to CTF (Corrections Corporation of America's Central Treatment Facility).  In support of this motion, defendant submits the following:

1. Defendant's trial is currently set for August 6, 2007.  The future trial date is a result of scheduling conflicts with counsel for both parties and the Court.

2. Defendant is presently detained at the D.C. Jail on a "maximum-security" status in general population.  Given defendant's trial date, he will be subject to detention for a lengthy period of time.

3. Defendant's security status limits his eligibility for work while at the D.C. Jail.  While such eligibility would also be limited at the CTF facility, the nature of the confinement would be less of a burden.

4. Detention at the CTF facility also allows for contact visits with family members.

**WHEREFORE,** in light of the expected length of defendant's confinement and security status, defendant respectfully moves this Court for an order directing his transfer from the D.C. Jail to CTF pending trial.

                                            Respectfully submitted,

                                            **RETURETA & WASSEM, P.L.L.C.**

                        **By:** _____/s/_____
                                            Manuel J. Retureta, Esq.
                                            District of Columbia Bar #430006
                                            601 Pennsylvania Avenue, NW
                                            South Building – Suite 900
                                            Washington, D.C.  20004
                                            (202) 220-3073
                                            (202) 220-3130 Fax

## CERTIFICATE OF SERVICE

I certify that all parties were served with this pleading via the Court's ECF system.

                                            _____/s/_____
                                            Manuel J. Retureta, Esq.