UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

## ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, for transfer from the Central Detention Facility (D.C. Dept. of Corrections) to the Central Treatment Facility (CCA) for the duration of his detention, it is this _____ day of February 2007, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that the District of Columbia Department of Corrections shall immediately transfer the defendant, Francisco Torres Garcia (DCDC No. 306-194), from the Central Detention Facility to the Central Treatment Facility pending trial in the above captioned matter.

                                                                                    _____
                                                                                    ROSEMARY M. COLLYER
                                                                                    UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF

D.C. Department of Corrections
1928 Vermont Avenue NW
Washington, DC   20001

Warden
Central Treatment Facility
1901 E Street SE
Washington, DC   20003