# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| FRANCISCO TORRES-GARCIA, | ) | Criminal Case No. 05-267 (RMC) |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss for lack of venue [Dkt. #18] is hereby **DENIED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss for lack of jurisdiction [Dkt. #22] is hereby **DENIED**.

**SO ORDERED.**

Date:  April 24, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge