UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-267 (RMC) |
| : | |
| FRANCISCO TORRES-GARCIA : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR RECONSIDERATION**

The United States of America, by and through Matthew Stiglitz, Trial Attorney, U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby opposes the defendant's motion for reconsideration of the Court's order denying defendant's motions to dismiss.

On November 17, 2006, the defendant filed motions to dismiss the indictment on grounds of improper jurisdiction and venue. The government filed oppositions, and the Court heard the parties in a hearing on January 3, 2007.

On February 13, 2007, the defendant supplemented his motion, to which the government responded.

On April 24, 2007, the Court issued a order denying the motions, along with a thorough memorandum opinion explaining the basis for the denial.

The defendant has now filed a motion for reconsideration, which in the governments view, amounts to a restatement of the defendant's prior arguments. Under the circumstances, the government opposes the motion, relying on its prior written and oral arguments and representations.

Should the Court be inclined to positively consider the motion, then the government would

1

request the opportunity to supplement its oppostition, either orally at a hearing or in writing, as the Court sees fit.

For these reasons, the government respectfully requests that this Court deny the defendant's motion for reconsideration.

Respectfully submitted,
KENNETH A. BLANCO
Chief, Narcotic and Dangerous Drug Section


_____/s/ *Matthew Stiglitz*_____
Matthew R. Stiglitz
Paul Laymon
Trial Attorneys
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. #800
Washington, D.C. 20530
(202) 305-3646
(202) 514-0483 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2006, a copy of the foregoing opposition was filed electronically with the Court, which will forward a copy to Manuel Retureda, Esq., counsel for the defendant.

_____/s/ *Matthew Stiglitz*_____
Matthew R. Stiglitz