UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 05-267 (RMC) |
| | : | |
| **FRANCISCO TORRES-GARCIA** | : | |
| | : | |

## NOTICE OF APPEARANCE AS COUNSEL

The United States of America by and through its attorney, the United States Department of Justice, Narcotic and Dangerous Drug Section, informs the Court that in the above-captioned matter Julius Rothstein notes his appearance as an attorney for the government. Mr. Rothstein, telephone number (202) 514-5540, and Trial Attorney Matthew Stiglitz, are assigned as attorneys for the government on this matter.

        Respectfully submitted
        KENNETH A. BLANCO, CHIEF
        NARCOTIC AND DANGEROUS DRUG SECTION


        */s/ Julius Rothstein*
        Julius Rothstein
        Deputy Chief for Litigation
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section
        1400 New York Avenue, N.W. #800
        Washington, D.C. 20530
        (202) 514-5540
        (202) 514-0483 (Fax)
        julius.rothstein@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

                                                             */s/ Julius Rothstein*
                                                          Julius Rothstein