UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES-GARCIA | |

## MOTION FOR MODIFICATION OF MOTION AND TRIAL DATES & CASE STATUS REPORT

COMES NOW DEFENDANT, Francisco Torres-Garcia (hereinafter referred to as "Mr. Torres Garcia"), by and through undersigned counsel, and respectfully requests that this Court establish a new motion litigation schedule and delay the start of trial for two weeks.

### Case Status

Since the last status hearing and prior to the 2007 holiday season, efforts by both parties to resolve the case short of trial failed.  Both sides are now agreed that a trial seems inevitable.  Previously this Court set a motion litigation schedule and reserved a trial date for March 2008.  In light of the current posture of the case, the defense moves this Court to establish a new motion litigation schedule and delay the scheduled trial date by two weeks.

### Motion Litigation Schedule

Mr. Torres Garcia asks the Court to adopt the following motion litigation schedule:

    Filing of Motions:    January   25, 2008
    Oppositions:    February 15, 2008
    Motion Hearing (if necessary):    February 22, 2008[*]

---

[*]  This date is presently scheduled as the motion hearing date.  Mr. Torres Garcia is open to modifying this date in light of the request to delay the trial start date.

1

This scheduled merely allows for two additional weeks for the filing of motions from the previously established dates.

### Trial Date

It is anticipated that Mr. Torres Garcia's defense will add an additional defense attorney for the purposes of trial. The availability of the new defense counsel conflicts with the previously established trial start date of March 10, 2008. However, this conflict would resolve if trial were to be rescheduled to March 24, 2008.

### Government Consent

Undersigned counsel consulted with government counsel, Matthew Stiglitz, regarding this motion. Mr. Stiglitz provided his consent for the requests noted above.

**WHEREFORE,** Mr. Torres-Garcia respectfully requests that this Court grant his motion.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 14th day of January 2008.

_____/s/_____
Manuel J. Retureta, Esq.