UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-267 (RMC) |
| v. | |
| FRANCISCO TORRES GARCIA | |

### ORDER

Upon consideration of the motion by the defendant, Francisco Torres Garcia, to reset a motion litigation schedule and delay the start of trial, and with the consent of government counsel, it is hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** the following schedule shall be adopted:

| | |
|---|---|
| Filing of Motions: | January 25, 2008 |
| Oppositions: | February 15, 2008 |
| Motion Hearing (if necessary): | February 22, 2008 |
| Trial Start Date: | March 24, 2008 |

**So ordered this _____ day of January 2008.**

                                                                                     _____
                                                                                     **ROSEMARY M. COLLYER**
                                                                                     **UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF