UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

## ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, for disclosure of the government's intention to introduce Fed.R.Evid. 404(b) evidence at trial, and having considered the motion, the government position, and being fully informed on the record herein, the defendant's motion is hereby **GRANTED**. It is, therefore,

**ORDERED,** that government counsel must file a "Notice of Intention to Introduce Evidence of Other Crimes, Wrongs and Acts" pursuant to Fed.R.Evid. 404(b). Such disclosure is to take place immediately, and the obligation shall be continuing through pretrial and trial phase.

**SO ORDERED** this _____ day of _____ 2008.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF