UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### DEFENDANT TORRES GARCIA'S MOTION TO REMAIN HELD AT THE CTF DETENTION FACILITY

**COMES NOW DEFENDANT,** Francisco Torres Garcia (hereinafter referred to as "Mr. Torres Garcia"), by and through undersigned counsel, and respectfully asks this Court for an order directing the D.C. Department of Corrections to keep him at the Corrections Corporation of America's Central Treatment Facility (CTF) while preparing for trial and throughout trial.

In the early morning hours of Thursday, January 17, 2008, Mr. Torres Garcia was transferred to CTF from the D.C. Department of Corrections' Central Detention Facility (D.C. Jail).  The move was done without advance notice and no explanation was provided.  To date no reason has been given for the unexpected transfer.

This movement disrupted planned attorney visits and the ability for Mr. Torres Garcia to access the law library for trial preparation.  So as to avoid further movement in the time-period leading up to the March trial date, Mr. Torres Garcia asks this Court to order that no further movement be initiated by the D.C. Department of Corrections.

**WHEREFORE,** Mr. Torres Garcia respectfully asks the Court for relief in the form of the attached order.

1

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 Fax


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 27th day of January 2008.

_____/s/_____
Manuel J. Retureta, Esq.