**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|
|
**UNITED STATES OF AMERICA**　　　|
　　　　　　　　　　　　　　　　　|　　**Crim. Case No.:  05-267 (RMC)**
**v.**　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　　|
**FRANCISCO TORRES GARCIA**　　　|
　　　　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　　|

**ORDER**

Upon consideration of the motion of the defendant, Francisco Torres Garcia, that he not

be transferred from the Central Treatment Facility (CTF) prior to and for the duration of the trial

of this matter; and in the interests of ensuring that the defendant shall not suffer any further

disruption as he prepares for trial in this matter, it is this _____ day of _____ 2008,

hereby

　　　　**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

　　　　**ORDERED,** that the District of Columbia Department of Corrections shall not transfer

the defendant, Francisco Torres Garcia (DCDC No. 306-194), from the Central Treatment

Facility during the trial of this matter.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**ROSEMARY M. COLLYER**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF

Maria Amato, General Counsel
D.C. Department of Corrections
1923 Vermont Avenue, NW
Washington, D.C.  20001

Warden William J. Smith, CCE
Central Detention Facility,
DC Department of Corrections
Washington, D.C.
Fax:  202-698-4877

Warden John Caulfield
Central Treatment Facility
Washington, D.C.
Fax:  202-698-3301