UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### DEFENDANT TORRES GARCIA'S MOTION FOR DISCLOSURE OF ALL INSTANCES WHERE GOVERNMENT WITNESSES WERE INTERVIEWED JOINTLY

**COMES NOW DEFENDANT, Francisco Torres Garcia** (hereinafter referred to as "Mr. Torres Garcia"), by and through undersigned counsel, and respectfully requests that this Court order the government to disclose all instances where government witnesses were interviewed jointly.

In the past, there have been instances where government witnesses were interviewed by law enforcement or government counsel in the presence of other government witnesses.  In this case, two brothers are alleged to have been involved in the alleged criminal activity set forth in the indictment.  The brothers in question are Jose and Carlos Bucio.  The defense investigation has revealed that both brothers have been aware of the government investigation and knowledgeable about the others' case disposition.  Defendant requests a hearing on this motion so that witnesses who participated in any joint interviews can be investigated and examined.

Rule 615 of the Federal Rules of Evidence states that "[a]t the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses… ." The purpose of this rule is to discourage and expose "fabrication, inaccuracy, and collusion." F.R.E. 615, Advisory Committee Notes.  The underlying principle of this rule would be

1

eviscerated if the government were allowed to do pretrial what it is clearly precluded from doing during the course of the trial in the case against the defendant.

**WHEREFORE,** Mr. Torres Garcia requests that this Court order the disclosure of the instances where witnesses to this case were interviewed jointly so a determination of prejudice can be made.

        Respectfully submitted,

        **RETURETA & WASSEM, P.L.L.C.**

By:         /s/
        Manuel J. Retureta, Esq.
        District of Columbia Bar #430006
        601 Pennsylvania Avenue, NW
        South Building – Suite 900
        Washington, D.C. 20004
        (202) 220-3073
        (202) 220-3130 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 27th day of January 2008.

        /s/
        Manuel J. Retureta, Esq.