UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, for disclosure of any instances where witnesses to this case were interviewed jointly, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that government counsel shall provide in writing the details, including time, place, and participants, of any instance(s) where a government witness was interviewed in the presence of another witness.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF