UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, for early release of *Jencks* and *Giglio* material, along with the request for government production of a witness and exhibit list, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that government counsel shall provide to the defense:  1) all *Jencks* and *Giglio* material for expected witnesses;  2) a list of anticipated witnesses; and,  3) an exhibit list. This information shall be provided to the defense no later than February 8, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**Copies To:**

All parties via ECF