UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.:  05-267 (RMC) |
| **FRANCISCO TORRES GARCIA** | |

### ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, to dismiss the indictment, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED**.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF