UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### DEFENDANT TORRES GARCIA'S MOTION TO DISMISS COUNTS THREE THROUGH ELEVEN AS MULTIPLITIOUS

**COMES NOW DEFENDANT, Francisco Torres Garcia** (hereinafter referred to as "Mr. Torres Garcia"), by and through undersigned counsel, and respectfully moves this Court to dismiss Counts 3-11 of the pending superseding indictment.

Mr. Torres faces a 13-count indictment, plus a forfeiture allegation. The counts in the indictment are as follow:

> **Count 1**
> Conspiracy – Distribute/Import 5+ Kilos of Cocaine
> > January 2003 - August 7, 2005
> > > 21 USC §952, 959, 960(a), 960(b)(1)(B)(ii) / 18 USC §2
>
> **Count 2**
> Conspiracy – Manufacture/Distribute/Import 500+ Grams of Methamphetamine
> > January 2004 - August 7, 2005
> > > 21 USC §952, 959, 960(a), 960(b)(1)(H) / 18 USC §2
>
> **Count 3**
> Manufacture/Distribute 500+ Grams of Methamphetamine
> > April 2005 - July 4, 2005
> > > 21 USC §959, 960 / 18 USC §2
>
> **Count 4**
> Import 500+ Grams of Methamphetamine
> > April 2005 - July 4, 2005
> > > 21 USC §952, 960 / 18 USC §2
>
> **Count 5**
> Manufacture/Distribute 500+ Grams of Methamphetamine
> > April 2005 - July 4, 2005
> > > 21 USC §959, 960 / 18 USC §2
>
> **Count 6**
> Import 500+ Grams of Methamphetamine
> > April 2005 - July 4, 2005
> > > 21 USC §952, 960 / 18 USC §2

1

**Count 7**
Manufacture/Distribute 500+ Grams of Methamphetamine
April 2005 - July 4, 2005
21 USC §959, 960 / 18 USC §2

**Count 8**
Import 500+ Grams of Methamphetamine
April 2005 - July 4, 2005
21 USC §952, 960 / 18 USC §2

**Count 9**
Manufacture/Distribute 500+ Grams of Methamphetamine
April 2005 - July 4, 2005
21 USC §959, 960 / 18 USC §2

**Count 10**
Import 500+ Grams of Methamphetamine
April 2005 - July 4, 2005
21 USC §952, 960 / 18 USC §2

**Count 11**
Manufacture/Distribute 500+ Grams of Methamphetamine
Jul 5, 2005
21 USC §959, 960 / 18 USC §2

**Count 12**
Import 500+ Grams of Methamphetamine
Jul 5, 2005
21 USC §952, 960 / 18 USC §2

**Count 13**
Conspiracy - Money Launder
October 27, 2004 - August 7, 2005
18 USC §1956(h), 1956(a)(2) and (a)(3)  /  18 USC §2

**Notice of Forfeiture**      21 USC 853(p)

Counts 3-11 allege the manufacture, distribution and importation of more than 500 grams of methamphetamine at sometime between April 2005 and July 4, 2005. Because the defense is not informed in the indictment as to when the alleged activity took place, it is assumed the indictment is alleging one act. Therefore, Counts 3-11 are multiplitious.

The Court of Appeals has ruled that "an indictment is multiplicitous, and thereby defective, if a single offense is alleged in a number of counts, unfairly increasing a defendant's exposure to criminal sanctions." *United States v. Harris,* 959 F.2d 246, 250 (D.C.Cir.), *cert. denied* 506 U.S. 932 (1992), *as cited in, United States v. Clarke,* 24 F.3d 257 (D.C. Cir. 1994).

**WHEREFORE,** Mr. Torres Garcia respectfully asks the Court to dismiss Counts 3-11 of the superseding indictment.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 28th day of January 2008.

_____/s/_____
Manuel J. Retureta, Esq.

3