UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-267 (RMC) |
| v. | |
| FRANCISCO TORRES GARCIA | |

**ORDER**

Upon consideration of the motion of the defendant, Francisco Torres Garcia, to dismiss Counts 3-11 of the superseding indictment, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED.**

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF