# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **Crim. Case No.:  05-267 (RMC)** |
| **v.** | |
| **FRANCISCO TORRES GARCIA** | |

## ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, to limit and preclude electronically obtained evidence, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED;** and, it is further

**ORDERED,** that the government shall provide to the Court a written response detailing all factors identified by the defense motion prior to the playing and nadmission of any such evidence.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**

**Copies To:**

All parties via ECF