UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-267 (RMC) |
| v. | |
| FRANCISCO TORRES GARCIA | |

### ORDER

Upon consideration of the motion of the defendant, Francisco Torres Garcia, to suppress electronically obtained evidence, as well as physical evidence derived therefrom, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the defendant's motion is **GRANTED.**

---

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE


**Copies To:**

All parties via ECF