**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|
**UNITED STATES OF AMERICA**          |
                                       |          **Crim. Case No.:  05-267 (RMC)**
**v.**                                 |
                                       |
**FRANCISCO TORRES-GARCIA**           |
                                       |

**ORDER**

This matter has come before the Court on Defendant Francisco Torres-Garcia's motion for increased access to the law library at CTF.  The Court finds that after having considered the government's position, as well as the entire record herein, there is good cause to grant the defendant's motion, and it is hereby

**ORDERED,** that Defendant's motion is **GRANTED;** and it is further

**ORDERED,** that the D.C. Department of Corrections shall make arrangements for Mr. Torres-Garcia to have access to the law library at CTF for at least ten (10) hours per week.

**SO ORDERED THIS _____ DAY OF _____, 2008.**


_____
**Rosemary M. Collyer**
**United States District Court Judge**


**Copies To:**

All Parties Via ECF.

Warden John Caulfield
Central Treatment Facility, CCA
1901 E Street SE
Washington, D.C.  20003
Fax:  202-698-3301