UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-267 (RMC) |
| : | |
| FRANCISCO TORRES-GARCIA : | |

**GOVERNMENT'S MOTION TO DISMISS COUNT 13**

The United States of America, by and through Matthew Stiglitz and Julius Rothstein, Trial Attorneys with the U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby files this motion, pursuant to Fed. R. Crim. P. 48(a) to dismiss Count 13 of the Superseding Indictment without prejudice, and in support of said opposition states as follows:

On June 13, 2007, a Grand Jury returned a thirteen count Superseding Indictment against the defendant. Count 13 charged the defendant with conspiracy to launder monetary instruments. This count was identical to Count 2 of the original Indictment.

On November 17, 2006, the defendant filed a motion to dismiss the original indictment on venue grounds. The government responded, but did not assert that it had venue over the money laundering count.[1] The Court issued a denial of the motion, though it focused it's attention exclusively on Count 1, involving the drug conspiracy. The defendant subsequently filed two

---

[1] In fact, the government has never asserted that it had venue here on the money laundering charge. To the contrary, on June 23, 2006, counsel acknowledged to Mr. Retureta that there was likely no venue in the District of Columbia. As explained, the government had charged the money laundering count here for the convenience of the defendant, the theory being that since the facts of the money laundering were equally admissible as overt acts in the drug trial, trying the money laundering count at the same time would save the defendant having to face a subsequent trial in Chicago, where he is also charged with money laundering. Venue being waivable, this manner of charging left the option open for the defendant to proceed here.

motions to reconsider, both of which are pending. The Court has ordered the government to respond to the defendant's renewed motion for reconsideration no later than February 11, 2008.

Under the circumstances, the government agrees that venue for count 13 does not properly lie in the District of Columbia. Therefore, in lieu of a response to the defense motion, the government respectfully moves the Court to dismiss Count 13 of the superseding indictment.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves the Court to dismiss Count 13 of the Superseding Indictment without prejudice.

Respectfully submitted this 11th day of February, 2008.

_____/s/Kenneth A. Blanco_____
Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530


_____/s/ *Matthew Stiglitz*_____      _____/s/ *Julius Rothstein*_____
Matthew R. Stiglitz                                            Julius Rothstein,
Trial Attorney                                                   Deputy Chief for Litigation
U.S. Department of Justice                         U.S. Department of Justice
Narcotic and Dangerous Drug Section       Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. #800          1400 New York Avenue, N.W. #800
Washington, D.C. 20530                             Washington, D.C. 20530
(202) 305-3646                                                   (202) 514-5540

CERTIFICATE OF SERVICE

  I hereby certify that on the 11th day of February, 2008, a copy of the foregoing opposition was filed electronically with the Court, which will forward a copy to Manuel Retureda, Esq., counsel for the defendant.


          _____/s/ *Matthew Stiglitz*_____
          Matthew R. Stiglitz