UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-267 (RMC) |
| | : | |
| **FRANCISCO TORRES-GARCIA** | : | |

## ORDER

Having read and considered the government's Motion to Dismiss Count 13 of the Superseding Indictment and the entire record herein, it is this _____ day of February, 2008,

**ORDERED** that the motion is GRANTED, and that Count 13 of the Superseding Indictment in the above-captioned case, is hereby DISMISSED without prejudice.

_____
Rosemary M. Collyer
United States District Judge