UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05-267 (RMC) |
| | : | |
| FRANCISCO TORRES-GARCIA | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTIONS TO REMAIN HELD AT CTF AND FOR
ADDITIONAL LAW LIBRARY ACCESS**

The United States of America, by and through Matthew Stiglitz and Julius Rothstein, Trial Attorneys, U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby opposes the defendant's motions for an order precluding transfer from the Correctional Treatment Facility (CTF) and for mandated law library access of 10 hours per week, and in support of said opposition states as follows:

The defendant is currently held without bond pending trial, which is scheduled to begin on March 10, 2008.

On February 11, 2007, the defendant, then housed at the D.C. Jail, filed a motion for court-ordered transfer to CTF. On February 20, 2007, the government filed an opposition to the motion, noting that classification and placement are matters best left to the Department of Corrections (DOC).  As we stated that the time,

> . . . the government believes that inmate classification and placement decisions are appropriately made by those in the best position to determine the welfare and security needs of the inmate, the inmate population as a whole, the staff of the facility and the public.  For the Court to order placement contrary to the determination of the Department of Corrections  would be an inappropriate intrusion on the operation of the facility and its decision-making process.

1

(Government's Opposition to Defendant's Motion for Transfer, p. 1-2). On February 21, 2007, the Court, having carefully considered the motion and opposition, issued a minute order denying the defendant's motion.

What was true in February 2007 remains true today. While the government is unaware of the basis behind the DOC's decision to transfer the defendant to CTF, it supports their decision to do so, as they are in the best position to evaluate the various factors that go into making placement decisions – both those concerning the defendant as well as those which may have nothing to do with him personally, such as placement of other inmates, staffing levels, etc. Were the Court to involve itself in the placement process by ordering that the defendant remain at CTF, it would be tying the hands of DOC, limiting their future placement options should circumstances warrant a change.

For similar reasons, the Court should deny the defendant's motion to order a minimum of 10 hours of law library access per week. For one thing, the defense has had the bulk of the material requiring computer access (audio recordings, etc.) for more than two years, rendering suspect his claim of having had insufficient time to evaluate the evidence before now. Apart from that, as the defendant notes, there are a finite amount of resources that must be shared by all of the inmates, most of whom would have an equal claim to library access. To intervene by ordering DOC to provide the defendant with a particular amount of time would upset the balance of everyone's needs that DOC must consider. The proper course would be for the defendant to make his request within DOC, to allow them to best determine how to accommodate his needs while balancing the needs of others.

For the reasons stated above, the government respectfully requests that this Court deny the defendant's motions precluding transfer and for additional library time.

                Respectfully submitted,
                Kenneth A. Blanco, Chief
                Narcotic and Dangerous Drug Section

                __*Matthew Stiglitz*_____
                Matthew R. Stiglitz
                Julius Rothstein
                Trial Attorneys
                U.S. Department of Justice
                Narcotic and Dangerous Drug Section
                1400 New York Avenue, N.W. #800
                Washington, D.C. 20530
                (202) 305-3646
                (202) 514-0483 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2008, a copy of the foregoing opposition was filed electronically with the Court, which will forward a copy to Manuel Retureda, Esq., counsel for the defendant.

                __*Matthew Stiglitz*_____
                Matthew R. Stiglitz