UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-267 (RMC) |
| FRANCISCO TORRES GARCIA | |

### DEFENDANT TORRES GARCIA'S REPLY TO THE GOVERNMENT OPPOSITION TO HIS MOTION TO REMAIN AT THE CTF DETENTION FACILITY AND REQUEST FOR LIBRARY ACCESS

**COMES NOW DEFENDANT, Francisco Torres Garcia** (hereinafter referred to as "Mr. Torres Garcia"), by and through undersigned counsel, and respectfully submits this reply to the government's opposition to his request to remain at the CTF facility and secure library access.

**Remaining At CTF**

The government opposition fails to address the upheaval that would take place should the D.C. Department of Corrections elect to transfer Mr. Torres Garcia prior to trial and during trial. Mr. Torres Garcia has amassed legal documents produced in anticipation of trial. A change of facilities will deprive Mr. Torres Garcia of his right to prepare for the defense of his case. Quite simply, a transfer is not necessary at a crucial point in Mr. Torres Garcia's case, his trial.

Additionally, any transfer, especially during trial, will complicate the duties of the U.S. Marshal Service as they perform their duties. Such a complication is not appropriate. Mr. Torres Garcia asks that this Court assure that such a disruption not take place.

1

**Library Access**

Mr. Torres Garcia simply asks for an order assuring appropriate access to the CTF law library because of his new status at the facility. Given the recent transfer from D.C. Jail, Mr. Torres Garcia must request law library access anew. While this process is taking place at this time, an order from this Court would assure this access.

The importance of this access is necessary now because the CTF law library lacks the computer facilities of the D.C. Jail. Therefore, a laptop computer has been placed at the CTF law library so Mr. Torres Garcia can continue to prepare for his case.

Returning to the government argument, while government counsel correctly notes that the defense has been in possession of discovery for quite some time, it is only last week that trial transcripts of wiretap calls were released. Therefore, there is a great need for Mr. Torres Garcia to have the ability to review material related to his case.

**WHEREFORE,** Mr. Torres Garcia respectfully asks that the Court grant his motions.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing pleading was served on all parties via ECF on this 11th day of February 2008.

                                                /s/
                                  Manuel J. Retureta, Esq.