UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-267 (RMC) |
| | : | |
| **FRANCISCO TORRES-GARCIA** | : | |

### GOVERNMENT'S NOTICE OF CONSENT TO MOTION FOR CONTINUANCE

**COMES NOW** the United States of America, by and through the undersigned attorney, and notices the Court that in light of the personal situation with counsel for the defense, the government has no objection to a continuance of the trial date in this matter.

The government further states that the defendant may make his motion to continue by oral motion in court or via teleconference.

Respectfully submitted

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section


_____/s/ Julius Rothstein_____
JULIUS ROTHSTEIN, Deputy Chief
Narcotic and Dangerous Drug Section
D.C. Bar No. 4500036
U.S. Department of Justice
1400 New York Avenue, N.W.
8th Floor
Washington, D.C.  20530
(202) 514-5540
julius.rothstein@usdoj.gov


_____/s/ Matthew Stiglitz_____
Matthew Stiglitz
Trial Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion was electronically filed this 4th day of March 2008 via ECF, which will forward a copy to Manuel Retureta, Esq., counsel for the defendant.

                                      */s/ Julius Rothstein*
                                      JULIUS ROTHSTEIN